SECRET

unsealed
per order
8/2/07

FILED

2007 JUL 27  PM 5: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____de_____DEPUTY

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

January 2006 Grand Jury

10

**'07 CR 20 16 IEG**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| | I N D I C T M E N T |
| v. | |
| | Title 18, U.S.C., Sec. 1962(d) – Racketeering |
| MARK ANTHONY HEREDIA (1), | Conspiracy; Title 18, U.S.C., Sec. 1962(c) – |
| WILLIAM POLK HARRINGTON (2), | Racketeering; Title 21, U.S.C., Sec. 846 – |
| TODD WURTZEL (3), | Conspiracy to Distribute Controlled |
| aka "Sonny Gallo," | Substances; Title 21, U.S.C., Sec. 841(a)(1) – |
| CLAUDE COVINO (4), | Distribution of Controlled Substances; |
| DOLORES LOVIN (5), | Title 18, U.S.C., Sec. 1349 – Conspiracy to |
| MARY ARONSON (6), | Commit Wire and Mail Fraud; Title 18, |
| SUBRAMANYA K. PRASAD, M.D. (7), | U.S.C., Sec. 1343 – Wire Fraud; |
| CHANDRESH B. SHAH, M.D. (8), | Title 18, U.S.C., Sec. 1341 – Mail Fraud; |
| GERALD C. MORRIS, M.D. (9), | Title 18, U.S.C., Sec. 1956(h) – Conspiracy to |
| DAVID ELDON FISHER (10), | Commit Money Laundering; Title 21, U.S.C., |
| RICHARD EDWARD KOCH (11), | Sec. 331(k) – Distribution of Misbranded |
| PHILIP JAMES BIDWELL (12), | Drugs; Title 18, U.S.C., Sec. 982 - Criminal |
| HENRIKO CHUNG (13), | Forfeiture |
| JEFFREY A. LIGHT (14), | |
| TRACY ONEAL TYLER (15), | |
| PETER P. BRAGANSA (16), | |
| BESSIE K. RICOARANGO (17), | |
| NATHAN JACOBSON (18), | |
| Defendants. | |

The Grand Jury charges:

//

//

CAW:nlv(5):San Diego
7/27/07

# I

## INTRODUCTION

At all times material to this indictment:

### The Affpower Enterprise

1.      The "Affpower enterprise" was an organization that used the Internet to distribute and dispense prescription pharmaceuticals unlawfully. Beginning in about August 2004 and continuing through June 2006, the Affpower enterprise sold controlled and non-controlled prescription drugs online to customers located throughout the United States. The enterprise principally consisted of managers and administrators of the organization; merchant websites for the purchase of drugs; affiliated websites that marketed the enterprise's pharmaceuticals and promoted sales; a network of physicians who issued prescriptions for the pharmaceuticals; a network of pharmacies that dispensed the drugs; and credit card processors to process the drug purchases. During its nearly two years of operation, the enterprise received well over one million customer orders for prescription pharmaceuticals and illegally generated revenue in excess of $126 million.

2.      The Affpower enterprise unlawfully distributed and dispensed prescription pharmaceuticals for which no valid prescriptions had been issued. The enterprise sold controlled and non-controlled prescription drugs to customers who had no prescriptions from a personal physician. Instead, the organization paid licensed doctors located across the United States cursorily to review health questionnaire answers provided by customers over the Internet and to issue prescriptions solely on the basis of those answers. Affpower enterprise doctors conducted no physical or mental examinations before issuing prescriptions, had no contact with customers, and had no physician-patient relationship with any customer for whom the doctors prescribed drugs. The doctors issued drug prescriptions, not in the course of diagnosing and treating medical conditions, but to facilitate the sale of prescription pharmaceuticals pre-selected by customers and for the doctors' own personal profit. Affpower doctors unlawfully issued prescriptions for controlled and non-controlled prescription drugs outside the usual course of their professional practices and for no legitimate medical purpose. The prescriptions they issued for Affpower customers were invalid.

2

3.     The Affpower enterprise devised a scheme and artifice to defraud and mislead online drug customers and United States government regulatory agencies, and used materially false and fraudulent pretenses, representations, and promises to obtain money from its customers.  As a part of this scheme, the Affpower enterprise, through its affiliated websites, marketed itself to customers who sought to obtain prescription drugs but who lacked prescriptions from personal physicians as a lawful, safe, and responsible source from which to purchase such drugs over the Internet.  This portrayal of the Affpower enterprise and its business was false.  Affpower's health questionnaire was a medically inadequate and improper basis upon which to prescribe drugs; Affpower doctors did not conscientiously or thoroughly review all customer responses to the medical questionnaire before issuing drug prescriptions; customer health was jeopardized by the manner in which the Affpower enterprise prescribed and dispensed drugs; and Affpower's prescription drug sales were forbidden by federal and state laws.

4.     The Affpower enterprise, including its leadership, membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise" or "Affpower"), that is, a group of individuals and entities associated in fact.  The enterprise had an ascertainable structure separate and apart from the structure inherent in the conduct of its racketeering activity, and it constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.  This enterprise was engaged in, and its activities affected, interstate and foreign commerce.  The Affpower enterprise conducted its activities within the Southern District of California as well as throughout the United States.

5.     Among the means and methods by which the defendants and their co-racketeers conducted and participated in the conduct of the affairs of the Affpower enterprise were the following:

    a.     Customers who looked to buy prescription pharmaceuticals over the Internet, but who lacked prescriptions from personal physicians, purchased such drugs from the Affpower enterprise by first visiting a website whose owner affiliated with, and participated in, the enterprise.

3

These websites listed drugs and dosages sold by Affpower, and their respective prices. When customers clicked on a link corresponding to a particular drug and dosage to purchase the drug, the customers were immediately transferred to different websites operated by administrators and managers of the enterprise. These "merchant" websites included www.safetrustprocessing.com and www.ccbasket.com. At the merchant websites, customers entered personal information, including a name, date-of-birth, shipping address, and a credit card number for billing, and filled out the Affpower health questionnaire. After providing all the requisite information on the merchant websites, customers submitted their prescription drug orders. Doctors participating in the Affpower enterprise accessed the customer orders and health questionnaire answers at the merchant websites. If a doctor approved a pharmaceutical order, the order and an electronic prescription were sent to a pharmacy queue on the merchant website. Pharmacies participating in the Affpower enterprise accessed orders approved by Affpower doctors and the accompanying electronic prescriptions at the merchant websites and shipped the pharmaceuticals to customers via Federal Express, a commercial shipping company with expedited shipping services.

b. Owners of websites that marketed prescription pharmaceuticals through and on behalf of the Affpower enterprise were located in various states and were known as Affpower "affiliates." Affiliates were given a base price for each prescription drug sold by the enterprise. The difference between the base price and the price charged to the customer by the affiliate constituted the affiliate's profit. Each affiliate designed his or her own affiliate websites, usually incorporating language and images supplied by administrators of the enterprise. Affiliates engaged in online advertising and search engine optimization to attract drug customers to their websites and the Affpower enterprise. As a part of the scheme to defraud and mislead online drug customers and United States government regulatory agencies, the affiliate websites contained various materially false representations, and used false and fraudulent pretenses, to create a misleading impression of Affpower's business and to induce and encourage customers to purchase prescription pharmaceuticals from the Affpower enterprise. The misrepresentations often included, but were not limited to, assurances that Affpower doctors and pharmacies complied with all applicable state laws;

4

that the enterprise met or exceeded all regulations governing prescription pharmaceuticals sales; that prescribing the specific medications sold and dispensed by Affpower purely on the basis of an online health questionnaire was a safe, effective and medically accepted practice; and that Affpower doctors were uniquely qualified to prescribe medications online and thoroughly and conscientiously reviewed each customer health questionnaire before prescribing drugs. Each and every one of those representations was materially inaccurate.

c.       The Affpower enterprise recruited licensed physicians from different states and Puerto Rico to review and approve orders for prescription drugs by Affpower customers. Typically, Affpower doctors were paid about three dollars for each customer order reviewed. In determining whether to issue prescriptions, Affpower doctors had absolutely no contact with customers, but instead relied exclusively upon the information provided by customers in Affpower's online health questionnaire. To keep pace with a constant influx of numerous customer orders, each Affpower doctor commonly reviewed hundreds of drug orders and customer health questionnaires per day, and some doctors occasionally reviewed in excess of a thousand orders and questionnaires in a single day. Oftentimes, Affpower doctors accessed, approved, and issued prescriptions for customer orders within one to five seconds, and, on average, they approved about ninety-eight percent of orders reviewed. The doctors occasionally issued prescriptions for pharmaceuticals even when a customer's answers in Affpower's health questionnaire suggested either that the ordered drug was contraindicated and could pose a danger to the customer, or that the customer did not have a medical condition for which the ordered medication was an appropriate treatment. In some cases, a member of the Affpower enterprise who was not a medical doctor misappropriated the identity of a licensed physician, and approved customer orders and issued prescriptions using that physician's name and registration.

d.       The Affpower enterprise also recruited licensed pharmacies to fill prescription drug orders. Due primarily to the illegality of Affpower's business, it was often difficult for Affpower to recruit or retain pharmacies to fill customer orders, and the enterprise frequently experienced shortages of pharmaceuticals. Over the course of its business activity, Affpower

5

1   recruited over thirty pharmacies to participate in the enterprise. Some participating pharmacies, like

2   Saveon RX Pharmacy, located in the State of Florida, existed solely to service online pharmacy

3   networks like Affpower and had the capacity to acquire and dispense large quantities of prescription

4   drugs. Other participating pharmacies, like St. Vrain Pharmacy, located in the State of Colorado,

5   were traditional brick-and-mortar pharmacies that dispensed drugs to walk-in customers as well as

6   through online networks like Affpower. In addition to their product costs, Affpower pharmacies

7   typically received anywhere from five dollars to thirteen dollars in fees or commissions for each

8   pharmaceutical order they shipped.

9           e.      To process its credit card transactions, the Affpower enterprise contracted with

10  two foreign-based credit card processing agencies, including RX Payments, Ltd., of Tel Aviv, Israel.

11  Affpower proceeds acquired from pharmaceutical sales were transferred by these agencies to

12  Affpower bank accounts established in Nicosia, Cyprus. Affpower managers arranged for the

13  creation of the Cypriot bank accounts to conceal and protect enterprise proceeds from United States

14  law enforcement and as a further part of the scheme to defraud and mislead United States

15  government regulatory agencies. An accounting firm in Nicosia, Cyprus, disbursed the proceeds to

16  Affpower participants, including Affpower affiliates, pharmacies, and recruiters who paid Affpower

17  doctors, according to instructions for payment issued by Affpower administrators.

18          f.      The Affpower enterprise located its administrative headquarters in San Jose,

19  Costa Rica, and its servers, which hosted its merchant websites, in Nicosia, Cyprus, primarily to

20  evade United States law enforcement and as a further part of its scheme to defraud and mislead

21  United States government regulatory agencies. Affpower's administration included managers and

22  administrators of the organization who, among other things, recruited, and hired others to recruit,

23  doctors, pharmacies, and website affiliates to the enterprise; managed, or delegated to recruiters the

24  responsibility to manage, those who were recruited to the enterprise; authorized payments to

25  participants in the enterprise; devised and implemented policies and procedures for the enterprise;

26  and maintained or oversaw others who maintained the enterprise's servers and software. The

27  Affpower administration in Costa Rica also included a customer service department consisting of

28

1   some forty employees who answered telephone and online customer inquiries, and facilitated

2   pharmaceutical sales.

3           g.      The generic and brand-name prescription pharmaceuticals sold and distributed

4   by the Affpower enterprise included, but were not limited to, benzphetamine; Didrex®;

5   phendimetrazine; Bontril®; Adipost®; diethylpropion; Tenuate®; phentermine; Adipex-P®;

6   sibutramine; Meridia®; zaleplon; Sonata®; zolpidem tartrate; Ambien®; amitriptyline; bupropion;

7   Wellbutrin®; Zyban®; buspirone; carisoprodol; Soma®; Celexa®; cyclobenzaprine; Flexeril®;

8   estradiol; fluoxetine; Prozac®; fluvoxamine; paroxetine; Paxil®; sertraline; Zoloft®; sildenafil;

9   Viagra®; tadalafil; Cialis®; tizanidine; Zanaflex®; and tramadol.

10          6.      The defendants were employed by and associated with the Affpower enterprise, and

11  participated in the conduct of the enterprise's affairs, in the following general, non-exclusive

12  capacities:

13          a.      Defendant MARK ANTHONY HEREDIA was a manager and administrator

14  in the Affpower enterprise in San Jose, Costa Rica;

15          b.      Defendants WILLIAM POLK HARRINGTON and TODD WURTZEL,

16  aka "Sonny Gallo," recruited doctors and pharmacies to participate in the Affpower enterprise, and

17  each defendant managed the doctors recruited by that defendant;

18          c.      Defendant CLAUDE COVINO operated Saveon RX Pharmacy, in the State

19  of Florida, which participated in the Affpower enterprise, and he recruited other pharmacies to

20  participate in the Affpower enterprise;

21          d.      Defendants DOLORES LOVIN and MARY ARONSON owned, operated and

22  were licensed pharmacists working in St. Vrain Pharmacy, in the State of Colorado, which

23  participated in the Affpower enterprise;

24          e.      Defendants SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH,

25  M.D., and GERALD C. MORRIS, M.D., were licensed medical doctors who issued prescriptions

26  for controlled and non-controlled prescription drugs through and on behalf of the Affpower

27  enterprise;

28

7

1        f.      Defendants PHILIP JAMES BIDWELL and HENRIKO CHUNG were

2   Affpower affiliates who operated multiple affiliate websites, and who recruited other affiliates to the

3   Affpower enterprise and managed them;

4        g.      Defendants DAVID ELDON FISHER, RICHARD EDWARD KOCH,

5   JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, and BESSIE K.

6   RICOARANGO were Affpower affiliates who operated multiple affiliate websites; and

7        h.      Defendant NATHAN JACOBSON was the owner and manager of RX

8   Payments, Ltd., a credit card processing agency, located in Tel Aviv, Israel, which processed credit

9   card transactions involving the sales of prescription pharmaceuticals by the Affpower enterprise.

10                   **II**

11            **The Controlled Substances Act**

12     7.     The Controlled Substances Act ("CSA") governed the manufacture, distribution, and

13   dispensing of controlled substances in the United States. 21 U.S.C. §§ 801-971. Under the CSA,

14   various prescription drugs were also controlled substances.

15     8.     The CSA scheduled controlled substances according to their potential for abuse or

16   dependence, their accepted medical use, and their accepted safety for use under medical supervision.

17   21 U.S.C. § 812(b). There were five Schedules of Controlled Substances, Schedules I, II, III, IV,

18   and V. Schedule III Controlled Substances were defined as having (1) a potential for abuse less than

19   the drugs or other substances in Schedules I and II; (2) a currently accepted medical use in treatment

20   in the United States; and (3) a potential to lead to moderate or low physical dependence or high

21   psychological dependence if abused. 21 U.S.C. § 812 (b)(3). The following prescription drugs sold

22   and distributed by the Affpower enterprise were Schedule III Controlled Substances and categorized

23   as stimulants: benzphetamine, Didrex®, phendimetrazine, Bontril®, and Adipost®. 21 C.F.R.

24   § 1308.13.

25     9.     Under the CSA, Schedule IV Controlled Substances were defined as having (1) a low

26   potential for abuse relative to the drugs or other substances in Schedule III; (2) a currently accepted

27   medical use in treatment in the United States; and (3) a potential to lead to limited physical

28

1   dependence or psychological dependence if abused relative to the drugs or other substances in

2   Schedule III . 21 U.S.C. § 812 (b)(4).  The following prescription drugs sold and distributed by the

3   Affpower enterprise were Schedule IV Controlled Substances: the stimulants diethylpropion,

4   Tenuate®, phentermine, Adipex-P®, sibutramine, Meridia®; and the depressants zaleplon, Sonata®,

5   zolpidem tartrate, and Ambien®.  21 C.F.R. § 1308.14.

6        10.    Title 21, Code of Federal Regulations, Section 1306.04(a) provided:

7   A prescription for a controlled substance to be effective must be issued for a
legitimate medical purpose by an individual practitioner acting in the usual course

8   of his professional practice. The responsibility for the proper prescribing and
dispensing of controlled substances is upon the prescribing practitioner, but a

9   corresponding responsibility rests with the pharmacist who fills the prescription. An
order purporting to be a prescription issued not in the usual course of professional

10   treatment or in legitimate and authorized research is not a prescription within the
meaning and intent of section 309 of the Act (21 U.S.C. 829) and the person

11   knowingly filling such a purported prescription, as well as the person issuing it, shall
be subject to the penalties provided for violations of the provisions of law relating

12   to controlled substances.

13   ### III

14   ### State Laws

15        11.    An example of some state laws and regulations that prohibited licensed physicians

16   from prescribing, distributing or dispensing controlled substances based solely upon online health

17   questionnaires like that used by the Affpower enterprise included:

18        a.    Georgia

19   Defendant CHANDRESH B. SHAH, M.D., resided and was licensed to practice medicine

20   in the State of Georgia.  The Georgia Composite State Board of Medical Examiners regulated the

21   practice of medicine in the State of Georgia, and issued rules governing professional conduct.

22   Section 360-3-.02 of the Board's Rules of Composite State Board of Medical Examiners,

23   Investigations and Discipline provided, in pertinent part, as follows:

24   **Rules 360-3-.02 Unprofessional Conduct Defined.**

25   360-3-.02 Unprofessional Conduct Defined. Amended. O.C.G.A. §§ 43-1-19 and
43-34-37 authorize the Board to take disciplinary action against licensees for

26   unprofessional conduct. "Unprofessional conduct" shall include, but is not limited
to, the following:

27   ...

28

9

(5) Prescribing controlled substances (O.C.G.A. T. 16, Ch. 13, Art. 2) and/or dangerous drugs (O.C.G.A. T. 16, Ch. 13, Art. 3) for a patient based solely on a consultation via electronic means with the patient, patient's guardian or patient's agent. This shall not prohibit a licensee who is on-call or covering for another licensee from prescribing up to a 72-hour supply of medications for a patient of such other licensee nor shall it prohibit a licensee from prescribing medications when documented emergency circumstances exist.

(6) Providing treatment and/or consultation recommendations via electronic or other means unless the licensee has performed a history and physical examination of the patient adequate to establish differential diagnoses and identify underlying conditions and/or contra-indications to the treatment recommended. This shall not prohibit a licensee who is on call or covering for another licensee from treating and/or consulting a patient of such other licensee.

A "dangerous drug" as used in Section 360-3-.02(5) means any drug other than a controlled substance that may be dispensed only upon a prescription under federal law. Ga. Code Ann., § 16-13-71.

b.    Kentucky

Defendant SUBRAMANYA K. PRASAD, M.D., resided and was licensed to practice medicine in the State of Kentucky. Under the Kentucky Revised Statutes, the Kentucky Board of Medical Licensure could deny an application or reregistration for a medical license, place a licensee on probation, suspend a license, limit or restrict a license for an indefinite period, or revoke any license issued by the Board upon proof that the licensee engaged in dishonorable, unethical, or unprofessional conduct of a character likely to deceive, defraud, or harm the public or any member thereof. KRS § 311.595. Kentucky Revised Statutes, Section 311.597, further provided:

"[D]ishonorable, unethical, or unprofessional conduct of a character likely to deceive, defraud, or harm the public or any member thereof" shall include but not be limited to the following acts by a licensee:

(1)    Prescribes or dispenses any medication:

...

(e)    In response to any communication transmitted or received by computer or other electronic means, when the licensee fails to take the following actions to establish and maintain a proper physician-patient relationship:

1.    Verification that the person requesting medication is in fact who the patient claims to be;

10

2.      Establishment of a documented diagnosis through the use of accepted medical practices; and

3.      Maintenance of a current medical record.

For the purposes of this paragraph, an electronic, on-line, or telephonic evaluation by questionnaire is inadequate for the initial evaluation of the patient or for any follow-up evaluation.

c.     <u>Ohio</u>

Defendant SUBRAMANYA K. PRASAD, M.D., was also licensed to practice medicine in the State of Ohio. Ohio Administrative Code, Section 4731-11-09, provided, in relevant part:

**4731-11-09 Prescribing to persons not seen by the physician**

(A) ... [A] physician shall not prescribe, dispense, or otherwise provide, or cause to be provided, any controlled substance to a person who the physician has never personally physically examined and diagnosed.

(B) ... [A] physician shall not prescribe, dispense, or otherwise provide, or cause to be provided, any dangerous drug which is not a controlled substance to a person who the physician has never personally physically examined and diagnosed, except in accordance with the following requirements:

(1) The physician is providing care in consultation with another physician who has an ongoing professional relationship with the patient, and who has agreed to supervise the patient's use of the drug or drugs to be provided; and

(2) The physician's care of the patient meets all applicable standards of care and all applicable statutory and regulatory requirements.

...

(H) A violation of any provision of this rule, as determined by the board, shall constitute "failure to maintain minimal standards applicable to the selection or administration of drugs," as that clause is used in division (B)(2) of section 4731.22 of the Revised Code; "selling, prescribing, giving away, or administering drugs for other than legal and legitimate therapeutic purposes," as that clause is used in division (B)(3) of section 4731.22 of the Revised Code; and "a departure from, or the failure to conform to, minimal standards of care of similar practitioners under the same or similar circumstances, whether or not actual injury to a patient is established," as that clause is used in division (B)(6) of section 4731.22 of the Revised Code.

A "dangerous drug" as used in section 4731-11-09 includes drugs requiring a prescription under federal law. Ohio Revised Code § 4729.01(F). With respect to stimulant drugs used for weight loss, which constituted a large percentage of controlled substances prescribed and sold by the Affpower enterprise and defendant Subramanya K. Prasad, M.D., Ohio law provided, in relevant part, as follows:

**4731-11-04 Controlled substances: utilization for weight reduction**

(A) A physician shall not utilize a Schedule III or IV Controlled Substance for purposes of weight reduction unless it has an F.D.A. approved indication for this purpose and then only in accordance with all of the provisions of this rule.

(B) Before initiating treatment for weight reduction utilizing any Schedule III or IV Controlled Substance:

(1) The physician shall determine through review of the physician's own records of prior treatment, or through review of the records of prior treatment which another treating physician or weight-loss program has provided to the physician, that the patient has made a substantial good-faith effort to lose weight in a treatment program utilizing a regimen of weight reduction based on caloric restriction, nutritional counseling, behavior modification, and exercise, without the utilization of controlled substances, and that said treatment has been ineffective.

(2) The physician shall obtain a thorough history, perform a thorough physical examination of the patient, determine that the patient has a BMI of at least thirty, or at least twenty-seven with comorbid factors, and rule out the existence of any recognized contraindications to the use of the controlled substance to be utilized.

(3) The physician shall assess and document the patient's freedom from signs of drug or alcohol abuse, and the presence or absence of contraindications and adverse side effects.

(C) A physician may utilize a Schedule III or IV Controlled Substance, that bears appropriate F.D.A. approved labeling for weight loss or the maintenance of weight loss, in the treatment of obesity only as an adjunct, in a regimen of weight reduction based on caloric restriction, provided that:

(1) The physician shall personally meet face-to-face with the patient, at a minimum, every thirty (30) days when controlled substances are being utilized for weight reduction, and shall record in the patient record information demonstrating the patient's continuing efforts to lose weight, the patient's dedication to the treatment program and response to treatment, and the presence or absence of contraindications, adverse effects, and indicators of possible substance abuse that would necessitate cessation [of] treatment utilizing controlled substances.

(2) The controlled substance is prescribed strictly in accordance with the F.D.A. approved labeling;

(a) If the F.D.A. approved labeling of the controlled substance being utilized for weight loss states that it is indicated for use for "a few weeks," the total course of treatment using that controlled substance shall not exceed twelve weeks. That time period includes any interruption In treatment that may be permitted under paragraph (C)(3) of this rule; and

//

(b) If the F.D.A. approved labeling of the controlled substance being utilized for weight loss states that it is indicated for use for maintenance of weight loss, that use cannot exceed the time period indicated as effective as reported in the clinical studies' information contained in the F.D.A. approved labeling. That time period includes any interruption in treatment permitted under paragraph (C)(3) of this rule.

(3) A physician shall not initiate a course of treatment utilizing a controlled substance for purposes of weight reduction if the patient has received any controlled substance for purposes of weight reduction within the past six months. However, the physician may resume utilizing a controlled substance following an interruption of treatment of more than seven days if the interruption resulted from one or more of the following:

(a) Illness of or injury to the patient justifying a temporary cessation of treatment; or

(b) Unavailability of the physician; or

(c) Unavailability of the patient, if the patient has notified the physician of the cause of the patient's unavailability; or

(d) If the physician utilizes a controlled substance that bears F.D.A. approved labeling for "weight loss and the maintenance of that weight loss" and based on sound medical judgment believes that an interruption of that treatment was medically indicated so long as its use is in accordance with paragraph (C) of this rule.

(4) After initiating treatment, the physician may elect to switch to a different controlled substance for weight loss based on sound medical judgment, but the total course of treatment for any combination of controlled substances each of which is indicated for "a few weeks" shall not exceed twelve weeks.

(5) If the patient has continued to lose weight under the short term treatment, the physician may continue therapy utilizing a controlled substance that bears F.D.A. approved labeling for "weight loss and the maintenance of that weight loss" so long as its use is in accordance with paragraph (C) of this rule.

(6) The physician shall not initiate or shall discontinue utilizing all controlled substances for purposes of weight reduction immediately upon ascertaining or having reason to believe:

(a) That the patient has a history of or shows a propensity for alcohol or drug abuse, or has made any false or misleading statement to the physician relating to the patient's use of drugs or alcohol; or

(b) That the patient has consumed or disposed of any controlled substance other than in strict compliance with the treating physician's directions.

(7) The physician shall not initiate or shall discontinue utilizing all Schedule III or IV Controlled Substances that do not bear F.D.A. approved

13

labeling which permits long-term use immediately upon ascertaining or having reason to believe:

(a) That the patient has failed to lose weight while under treatment with a controlled substance or controlled substances over a period of thirty days during the current course of treatment, which determination shall be made by weighing the patient at least every thirtieth day, except that a patient who has never before received treatment for obesity utilizing any controlled substance who fails to lose weight during the first thirty days of the first such treatment attempt may be treated for an additional thirty days; or

(b) That the patient has repeatedly failed to comply with the physician's treatment recommendations.

(8) The physician shall not utilize any Schedule III or IV Controlled Substance for purposes of weight reduction in the treatment of a patient the physician knows or should know is pregnant.

(D) a violation of any provision of this rule, as determined by the board, shall constitute "failure to maintain minimal standards applicable to the selection or administration of drugs," as that clause is used in division (B)(2) of section 4731.22 of the Revised Code; "selling, giving away, personally furnishing, prescribing, or administering drugs for other than legal and legitimate therapeutic purposes," as that clause is used in division (B)(3) of section 4731.22 of the Revised Code; and "a departure from, or the failure to conform to, minimal standards of care of similar practitioners under the same or similar circumstances, whether or not actual injury to a patient is established," as that clause is used in division (B)(6) of section 4731.22 of the Revised Code.

d.    Massachusetts

Defendant GERALD C. MORRIS, M.D., resided and was licensed to practice medicine in the State of Massachusetts. Massachusetts General Laws, Chapter 94C, Section 19(a), required that a prescription, in order to be valid, must be issued by a physician "in the usual course of his professional practice." In light of that requirement, the Massachusetts Board of Registration in Medicine adopted Policy 03-06 regarding Internet prescribing, which provided as follows:

This statutory language sets forth the minimum requirements that must be met in order for a prescription to be valid in the Commonwealth. To satisfy the requirement that a prescription be issued by a practitioner in the usual course of his professional practice, there must be a physician-patient relationship that is for the purpose of maintaining the patient's well-being and the physician must conform to certain minimum norms and standards for the care of patients, such as taking an adequate medical history and conducting an appropriate physical and/or mental status examination and recording the results. Issuance of a prescription, by any means, including the internet or other electronic process, that does not meet these requirements is therefore unlawful.

//

14

12.     An example of some state laws and regulations that prohibited licensed pharmacists or operators of licensed pharmacies from distributing or dispensing controlled substances when they had knowledge, or reason to know, that prescriptions for the controlled substances had been issued solely upon online health questionnaires like that used by the Affpower enterprise included:

a.     <u>Colorado</u>

Defendants DOLORES LOVIN and MARY ARONSON resided and were licensed to practice pharmacy in the State of Colorado.  These defendants also owned, operated, and worked as pharmacists in St. Vrain Pharmacy, located and licensed in the State of Colorado.  The Code of Colorado Regulations at 3 CCR 719-1, Subdocument 3.00.21, provided:

> A pharmacist shall make every reasonable effort to ensure that any order, regardless of the means of transmission, has been issued for a legitimate medical purpose by an authorized practitioner.  A pharmacist shall not dispense a prescription drug if the pharmacist knows or should have known that the order for such drug was issued on the basis of an internet-based questionnaire, an internet-based consultation, or a telephonic consultation, all without a valid preexisting patient-practitioner relationship.

b.     <u>Florida</u>

Defendant CLAUDE COVINO resided in the State of Florida and operated Saveon RX Pharmacy, also located in the State of Florida.  The State of Florida required pharmacies within that State to obtain a state license before they could operate.  F.S.A. § 456.037.  Under Florida Statutes Annotated, Sections 456.072 and 465.016(1)(s), grounds for disciplinary action against pharmacies included:

> Dispensing any medicinal drug based upon a communication that purports to be a prescription as defined by s. 465.003(14) or s. 893.02(20) when the pharmacist knows or has reason to believe that the purported prescription is not based upon a valid practitioner-patient relationship.

13.     The Affpower enterprise sold large quantities of controlled and non-controlled prescription drugs to customers located in the State of California.  Prescription drugs under California Business and Professions Code, Section 4022, were defined as "dangerous drugs."  With respect to such "dangerous drugs," California law provided, in relevant part:

**California Business and Professions Code, Section 2242(a):**

(a) Prescribing, dispensing, or furnishing dangerous drugs ... without a good faith prior examination and medical indication therefor, constitutes unprofessional conduct.

**California Business and Professions Code,  Section 2242.1(a):**

No person or entity may prescribe, dispense, or furnish, or cause to be prescribed, dispensed, or furnished, dangerous drugs ... on the Internet for delivery to any person in this state, without a good faith prior examination and medical indication therefor....

**California Business and Professions Code, Section 4067:**

(a) No person or entity shall dispense or furnish, or cause to be dispensed or furnished, dangerous drugs ... on the Internet for delivery to any person in this state without a prescription issued pursuant to a good faith prior examination of a human or animal for whom the prescription is meant if the person or entity either knew or reasonably should have known that the prescription was not issued pursuant to a good faith prior examination of a human or animal, or if the person or entity did not act in accordance with Section 1761 of Title 16 of the California Code of Regulations.

...

(f) For the purposes of this section, "good faith prior examination" includes the requirements for a physician and surgeon in Section 2242 ....


**California Health and Safety Code, Section 11153:**


(a) A prescription for a controlled substance shall only be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his or her professional practice. The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription. Except as authorized by this division, the following are not legal prescriptions: (1) an order purporting to be a prescription which is issued not in the usual course of professional treatment or in legitimate and authorized research; or (2) an order for an addict or habitual user of controlled substances, which is issued not in the course of professional treatment or as part of an authorized narcotic treatment program, for the purpose of providing the user with controlled substances, sufficient to keep him or her comfortable by maintaining customary use.

<u>**Count 1**</u>

(Conspiracy to Commit Racketeering Activity)

14.     Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

15.   From in or about August 2004 through in or about June 2006, both dates being approximate and inclusive, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and with other persons known and unknown to the grand jury, being persons employed by and associated with an enterprise that engaged in, and the activities of which affected, interstate commerce, namely, the Affpower enterprise, knowingly and intentionally conspired to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of multiple acts which are indictable under Title 18, United States Code, Sections 1341 (mail fraud) and 1343 (wire fraud); and Title 18, United States Code, Section 1956 (money laundering); and multiple acts involving the felonious selling of and dealing in controlled substances in violation of Title 21, United States Code, Sections 841 and 846.

It was a further part of the conspiracy that the defendants agreed that a conspirator would commit at least two acts of racketeering in the conduct of the affairs of the enterprise.

All in violation of Title 18, United States Code, Section 1962(d).

## Count 2
(Racketeering Activity)

16.   Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

//

//

**The Racketeering Offense**

17.     From in or about August 2004 through in or about June 2006, both dates being approximate and inclusive, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, being persons employed by and associated with an enterprise that engaged in, and the activities of which affected, interstate commerce, namely, the Affpower enterprise, knowingly and intentionally did conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), and as set forth below.

**The Pattern of Racketeering Activity**

18.     The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisted of the following acts:

Racketeering Act 1

Conspiracy to Distribute Controlled Substances

19.     From in or about August 2004 through in or about June 2006, both dates being approximate and inclusive, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON,

18

1    together, and with other persons known and unknown to the grand jury, knowingly and intentionally

2    conspired to commit the following offenses against the United States:

3              a.      knowingly and intentionally to distribute and dispense Schedule III Controlled

4    Substances, including, but not limited to, quantities of benzphetamine, Didrex®, phendimetrazine,

5    Bontril®, and Adipost®, other than for a legitimate medical purpose and not in the usual course of

6    professional practice, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D),

7    and Title 21, Code of Federal Regulations, Section 1306.04(a);

8              b.      knowingly and intentionally to distribute and dispense Schedule IV Controlled

9    Substances, including, but not limited to, quantities of diethylpropion, Tenuate®, phentermine,

10   Adipex-P®, sibutramine, Meridia®; zaleplon, Sonata®, zolpidem tartrate, and Ambien®, other than

11   for a legitimate medical purpose and not in the usual course of professional practice, in violation of

12   Title 21, United States Code, Sections 841(a)(1), 841(b)(2), and Title 21, Code of Federal

13   Regulations, Section 1306.04(a); and

14             c.      knowingly and intentionally to use a communication facility in committing

15   and in causing and facilitating the commission of the distribution and dispensing of Schedule III and

16   Schedule IV Controlled Substances other than for a legitimate medical purpose and not in the usual

17   course of professional practice, in violation of Title 21, United States Code, Sections 841(a)(1),

18   841(b)(1)(D), 841(b)(2), and 843(b), and Title 21, Code of Federal Regulations, Section 1306.04(a).

19

20   All in violation of Title 21, United States Code, Section 846.

21   Racketeering Act 2

22        Conspiracy to Commit Money Laundering

23        20.    From in or about August 2004 through in or about June 2006, both dates being

24   approximate and inclusive, within the Southern District of California and elsewhere, the defendants

25   MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL,

26   aka "Sonny Gallo," CLAUDE COVINO, DAVID ELDON FISHER, RICHARD EDWARD KOCH,

27   PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER,

28

1   PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and

2   with other persons known and unknown to the grand jury, knowingly and intentionally conspired to

3   commit the following offenses against the United States:

4        a.      to conduct financial transactions affecting interstate and foreign commerce

5   which involved the proceeds of specified unlawful activity, that is, (1) the distribution and

6   dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of

7   Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18,

8   United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code,

9   Section 1341, knowing both that the property involved in the financial transactions represents the

10  proceeds of some form of unlawful activity and that the transactions are designed in whole or in part

11  to conceal and disguise the nature, location, source, ownership and control of the proceeds of such

12  specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

13  and

14       b.      to transport, transmit, and transfer funds from a place in the United States to

15  and through a place outside the United States, and to a place in the United States from and through

16  a place outside the United States, knowing that the funds involved in the transportation,

17  transmission, and transfer represent the proceeds of some form of unlawful activity and knowing that

18  such transportation, transmission, and transfer is designed in whole or in part to conceal and disguise

19  the nature, location, source, ownership, and control of the proceeds of specified unlawful activity,

20  that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled

21  substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud,

22  in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of

23  Title 18, United States Code, Section 1341, in violation of Title 18, United States Code,

24  Section 1956(a)(2)(B)(i).

25  All in violation of Title 18, United States Code, Section 1956(h).

26

27  //

28

20

Racketeering Acts 3 - 77

Distribution and Dispensing of Controlled Substances

21.     On or about the dates alleged below, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, knowingly and intentionally distributed and dispensed quantities of Schedule III and Schedule IV Controlled Substances, as alleged below, other than for a legitimate medical purpose and not in the usual course of professional practice, each such instance constituting a separate Racketeering Act:

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 3 | 7/19/05 | MARK ANTHONY HEREDIA DAVID ELDON FISHER NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "L.S." in Solana Beach, CA |
| 4 | 8/15/05 | MARK ANTHONY HEREDIA BESSIE K. RICOARANGO TODD WURTZEL NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "L.L." in San Diego, CA |
| 5 | 8/18/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "L.W." in El Cajon, CA |
| 6 | 9/12/05 | MARK ANTHONY HEREDIA DAVID ELDON FISHER TODD WURTZEL NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.C." in Oceanside, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 7 | 10/12/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "D.W." in Carlsbad, CA |
| 8 | 10/17/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "P.P." in San Diego, CA |
| 9 | 10/19/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "S.D." in San Diego, CA |
| 10 | 11/9/05 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "D.S." in San Diego, CA |
| 11 | 11/10/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 30 Didrex Tablets (50mg) | III | "P.G." in San Diego, CA |
| 12 | 11/21/05 | MARK ANTHONY HEREDIA PETER P. BRAGANSA TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "L.H." in San Marcos, CA |
| 13 | 12/15/05 | MARK ANTHONY HEREDIA BESSIE K. RICOARANGO TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "C.T." in Poway, CA |
| 14 | 2/1/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT TODD WURTZEL CLAUDE COVINO | 30 Didrex Tablets (50mg) | III | "D.M." in San Diego, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 15 | 2/7/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | III | "R.O." in Oceanside, CA |
| 16 | 2/24/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.B." In San Diego, CA |
| 17 | 2/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "E.C." in San Diego, CA |
| 18 | 3/7/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | IV | "L.M." in Encinitas, CA |
| 19 | 3/8/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Diethylpropion Tablets (75mg) | IV | "L.B." in Ramona, CA |
| 20 | 3/29/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "C.S." in Oceanside, CA |
| 21 | 4/4/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "J.S." in Olympia, WA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 22 | 4/5/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets  (50mg) | III | "D.F." in Topeka, KS |
| 23 | 4/10/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Phentermine Tablets (37.5mg) | IV | "B.K." in San Marcos, CA |
| 24 | 4/12/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "L.C." in Lakeside, CA |
| 25 | 4/19/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "T.C." in Crawfordsville, IN |
| 26 | 4/20/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "H.G." in Carlsbad, CA |
| 27 | 4/21/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "D.C." in Escondido, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 28 | 4/24/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "R.K." in Chula Vista, CA |
| 29 | 4/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "C.L." in Lakeside, CA |
| 30 | 4/27/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "J.G." in Oklahoma City, OK |
| 31 | 5/3/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "B.H." in Chula Vista, CA |
| 32 | 5/4/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.H." in San Diego, CA |
| 33 | 5/8/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.P." in San Diego, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 34 | 5/10/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "T.A." in San Diego, CA |
| 35 | 5/11/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "O.F." in Chelsea, MA |
| 36 | 5/18/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "B.S." in Chula Vista, CA |
| 37 | 5/19/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.A." in San Diego, CA |
| 38 | 5/22/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "T.B." in Cockeysville, MD |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-----|-----------------------|------------|-----------------|----------|-------------------------------|
| 39 | 5/23/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.T." in El Cajon, CA |
| 40 | 5/23/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.M." in El Cajon, CA |
| 41 | 5/24/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "K.F." in Vista, CA |
| 42 | 5/24/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "M.V." in Watertown, MA |
| 43 | 5/25/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.F." in Escondido, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 44 | 5/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.D." in San Diego, CA |
| 45 | 5/26/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "E.A." in San Diego, CA |
| 46 | 5/26/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "N.M." in San Diego, CA |
| 47 | 5/26/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.S." in Alpine, CA |
| 48 | 5/26/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | III | "S.J." in Eldorado, IL |
| 49 | 5/31/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.D." in Vista, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-----|------|------------|-----------------|----------|-------------------|
| 50 | 5/31/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (35mg) | III | "A.M." in Chelsea, MA |
| 51 | 6/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "M.L." in Valley Center, CA |
| 52 | 6/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.F." in Carlsbad, CA |
| 53 | 6/2/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "C.S." in Santee, CA |
| 54 | 6/2/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.V." in Chula Vista, CA |
| 55 | 6/2/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.P." in San Diego, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-----|----------------------|------------|-----------------|----------|-------------------------------|
| 56 | 6/7/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | IV | "C.L." in Lakeside, CA |
| 57 | 6/7/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "A.C." in San Diego, CA |
| 58 | 6/7/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.F." in Oceanside, CA |
| 59 | 6/5/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (35mg) | III | "J.M." in Livermore, CA |
| 60 | 6/12/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.R." in San Diego, CA |
| 61 | 6/12/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "H.D." in Bonita, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 62 | 6/13/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.M." in Oceanside, CA |
| 63 | 6/13/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | IV | "M.S." in San Diego, CA |
| 64 | 6/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "D.C." in San Diego, CA |
| 65 | 6/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.F." in San Marcos, CA |
| 66 | 6/15/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "C.P." in Lemon Grove, CA |
| 67 | 6/16/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.S." in San Diego, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 68 | 6/20/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "D.L." in Fallbrook, CA |
| 69 | 6/20/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.V." in Chula Vista, CA |
| 70 | 6/20/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 60 Phendimetrazine (35mg) | III | "R.L." in Tulsa, OK |
| 71 | 6/28/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | III | "S.S." in White Plains, NY |
| 72 | 6/29/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.W." in Carlsbad, CA |
| 73 | 1/27/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL | 90 Phentermine Tablets (37.5mg) | IV | "M.K." in Escondido, CA |
| 74 | 2/27/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA | 90 Phendimetrazine (105mg) | III | "K.S." in Oceanside, CA |

| Act | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-----|-----|-----|-----|-----|-----|
| 75 | 4/4/06 | MARK ANTHONY HEREDIA<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "J.C." in Carlsbad, CA |
| 76 | 6/9/06 | MARK ANTHONY HEREDIA<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "K.W." in Carlsbad, CA |
| 77 | 6/20/06 | MARK ANTHONY HEREDIA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (35mg) | III | "E.A." in San Diego, CA |

All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(D), and 841(b)(2); Title 18, United States Code, Section 2; and Title 21, Code of Federal Regulations, Section 1306.04(a).

Racketeering Acts 78 - 107

Wire Fraud

22.     On or about the dates alleged below, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, having devised and intending to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds,

33

namely, customer orders for prescription pharmaceuticals made over the Internet through Affpower

enterprise affiliate and merchant websites as described in paragraphs 1 through 13 above, and as set

forth below, for the purpose of executing such scheme and artifice, each such order constituting a

separate Racketeering Act:

| Act | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-----|------------------------|------------|--------------|-------------------------------|
| 78 | 8/9/05 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL | 60 Ambien Tablets (10mg) | "S.V." in La Jolla, CA |
| 79 | 8/10/05 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL | 90 Carisoprodol Pills (generic Soma®) (350mg) | "L.R." in Escondido, CA |
| 80 | 8/10/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL | 90 Phentermine Tablets (30mg) | "M.D." in San Diego, CA |
| 81 | 8/12/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Tramadol Tablets (50mg) | "C.M." in Vista, CA |
| 82 | 8/15/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL | 90 Phentermine Tablets (30mg) | "R.N." in Oceanside, CA |
| 83 | 8/25/05 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL | 90 Wellbutrin SR® (150mg) | "P.H." in Poway, CA |
| 84 | 9/9/05 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL | 90 Carisoprodol Pills (generic Soma®) (350mg) | "F.H." in San Diego, CA |
| 85 | 12/1/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Carisoprodol Pills (generic Soma®) (350mg) | "J.K." in Carlsbad, CA |

| Act | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 86 | 12/15/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Carisoprodol Pills (generic Soma®) (350mg) | "E.D." in Hudson, MA |
| 87 | 1/31/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Carisoprodol Pills (generic Soma®) (350mg) | "S.B." in El Cajon, CA |
| 88 | 2/15/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | "R.G." in Morgantown, WV |
| 89 | 3/1/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Bupropion HCL (generic Wellbutrin®) (100mg) | "R.A." in San Diego, CA |
| 90 | 3/29/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>WILLIAM POLK HARRINGTON | 30 Zoloft Pills (100mg) | "J.R." in Brevard, NC |
| 91 | 4/18/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Fluoxetine Pills (generic Prozac®) (20mg) | "R.B." in Granada Hills, CA |
| 92 | 4/21/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "D.F." in Escondido, CA |

| Act | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 93 | 4/23/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | "P.R." in West Columbia, SC |
| 94 | 4/24/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | "L.B." in Detroit, MI |
| 95 | 5/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "V.C." in San Diego, CA |
| 96 | 5/4/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 30 Effexor Pills (100mg) | "J.V." in Rockville, MD |
| 97 | 5/12/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "K.M." in Santee, CA |
| 98 | 5/19/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | "A.P." in Forney, TX |

| Act | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-----|------------------------|------------|--------------|--------------------------------|
| 99 | 5/22/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "A.R." in Oceanside, CA |
| 100 | 5/1/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets  (37.5mg) | "H.M." in Poway, CA |
| 101 | 5/22/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "S.W." in Oceanside, CA |
| 102 | 6/23/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "J.O." in San Diego, CA |
| 103 | 6/26/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "D.R." in San Diego, CA |
| 104 | 9/11/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | "L.C." in Oceanside, CA |
| 105 | 1/30/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL | 90 Phentermine Tablets  (37.5mg) | "D.S." in San Diego, CA |
| 106 | 2/10/06 | MARK ANTHONY HEREDIA<br>TODD WURTZEL<br>NATHAN JACOBSON | 10 Viagra Tablets (100mg) | "A.G." in Oceanside, CA |

| Act | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-----|------------------------|------------|--------------|--------------------------------|
| 107 | 6/4/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Fluoxetine Pills (generic Prozac®) (20mg) | "M.H." in Anna, OH |

All in violation of Title 18, United States Code, Sections 1343 and 2.

Racketeering Acts 108 - 121

Mail Fraud

23.    On or about the dates alleged below, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, having devised and intending to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, knowingly and intentionally deposited and caused to be deposited packages containing quantities of prescription pharmaceuticals to be sent and delivered by Federal Express, a private and commercial interstate carrier, and knowingly and intentionally caused those packages to be delivered by Federal Express according to the directions on the packages, and at the places at which the packages were directed to be delivered by the persons to whom the packages were addressed, as described in paragraphs 1 through 13 above, and as set forth below, for the purpose of executing such scheme and artifice and attempting to do so, each shipment constituting a separate Racketeering Act:

38

| Act | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 108 | 6/28/05 | MARK ANTHONY HEREDIA HENRIKO CHUNG CLAUDE COVINO | 90 Fluoxetine Pills (generic Prozac®) (20mg) | Saveon RX Florida | "K.K." in Chula Vista, CA |
| 109 | 5/12/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phendimetrazine (35mg) | Saveon RX Florida | "K.C." in El Toro, CA |
| 110 | 5/12/06 | MARK ANTHONY HEREDIA HENRIKO CHUNG GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phendimetrazine (105mg) | Saveon RX Florida | "P.W." in New Boston, MI |
| 111 | 5/15/06 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phendimetrazine (35mg) | Saveon RX Florida | "D.G." in New Haven, MI |
| 112 | 5/23/06 | MARK ANTHONY HEREDIA DAVID ELDON FISHER CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 30 Viagra® Tablets (100mg) | Saveon RX Florida | "R.C." in Escondido, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Act | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|-----|-----|-----|-----|-----|-----|
| 113 | 5/30/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | Saveon RX<br>Florida | "D.M." in Chula Vista, CA |
| 114 | 5/30/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Fluoxetine Pills (generic Prozac®) (20mg) | Saveon RX<br>Florida | "K.B." in St. Petersburg, FL |
| 115 | 5/31/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | Saveon RX<br>Florida | "K.M." in Pearland, TX |
| 116 | 5/31/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Fluoxetine Pills (generic Prozac®) (20mg) | Saveon RX<br>Florida | "J.K." in Foothill Ranch, CA |
| 117 | 6/2/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "M.B." in Escondido, CA |

40

| Act | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 118 | 6/5/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "S.B." in San Diego, CA |
| 119 | 6/9/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | Saveon RX<br>Florida | "G.S." in San Marcos, CA |
| 120 | 6/20/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phendimetrazine (105mg) | Saveon RX<br>Florida | "J.C." in Simi Valley, CA |
| 121 | 6/21/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Cyclobenzaprine Pills (10mg) | Saveon RX<br>Florida | "D.L." in Fallbrook, CA |

All in violation of Title 18, United States Code, Sections 1341 and 2.

Racketeering Acts 122 - 126

Money Laundering

24.     On or about the dates alleged below the defendants MARK ANTHONY HEREDIA, and WILLIAM POLK HARRINGTON transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was

41

designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

| Act | Date | Amount | Financial Transaction |
|-----|------|--------|-----------------------|
| 122 | 2/9/06 | $8,877.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of The Direct Meds, Seminole, FL |
| 123 | 3/9/06 | $31,545.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of The Direct Meds, Seminole, FL |
| 124 | 4/18/06 | $74,613.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of The Direct Meds, Seminole, FL |
| 125 | 5/22/06 | $55,828.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wachovia Bank Account of The Direct Meds, Seminole, FL |
| 126 | 6/26/06 | $40,204.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wachovia Bank Account of Direct Meds, Inc., Seminole, FL |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 127 - 131

Money Laundering

25.    On or about the dates alleged below the defendants MARK ANTHONY HEREDIA, and TODD WURTZEL, aka "Sonny Gallo," transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of

42

1  Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18,

2  United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code,

3  Section 1341, each transfer constituting a separate Racketeering Act:

| Act | Date | Amount | Financial Transaction |
|-----|------|--------|-----------------------|
| 127 | 09/02/05 | $16,218.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wachovia Bank Account of Todd Wurtzel, Coral Gables, FL |
| 128 | 12/21/05 | $48,127.50 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of Net Exchange, Inc., Coral Springs, FL |
| 129 | 01/13/06 | $56,823.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of Net Exchange, Inc., Coral Springs, FL |
| 130 | 03/09/06 | $36,183.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of Net Exchange, Inc., Coral Springs, FL |
| 131 | 06/13/06 | $2,968.25 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wachovia Bank Account of Todd Wurtzel, Coral Gables, FL |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 132 - 143

　　　Money Laundering

　　　26.　　On or about the dates alleged below the defendants MARK ANTHONY HEREDIA,

and CLAUDE COVINO, transported, transmitted, and transferred funds to a place in the United

States from and through a place outside the United States, as set forth below, knowing that the funds

involved in the transportation, transmission, and transfer represented the proceeds of some form of

unlawful activity and knowing that such transportation, transmission, and transfer was designed in

whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the

control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of,

and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United

States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code,

Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each

transfer constituting a separate Racketeering Act:

43

| Act | Date | Amount | Financial Transactions |
|---|---|---|---|
| 132 | 6/3/2005 | $44,970.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Saveon RX, Inc., Ft. Lauderdale, FL |
| 133 | 10/6/2005 | $49,970.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Best Diabetic Supply, Inc., Ft. Lauderdale, FL |
| 134 | 12/13/2005 | $170,987.10 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Bank of America Account of Saveon RX, Inc., Ft. Lauderdale, FL |
| 135 | 12/28/2005 | $100,792.50 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Best Diabetic Supply, Inc., Ft. Lauderdale, FL |
| 136 | 1/18/2006 | $182,704.10 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Bank of America Account of Saveon RX, Inc., Ft. Lauderdale, FL |
| 137 | 3/1/2006 | $77,108.58 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Best Diabetic Supply, Inc., Ft. Lauderdale, FL |
| 138 | 3/7/2006 | $123,472.50 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Bank of America Account of Saveon RX, Inc., Ft. Lauderdale, FL |
| 139 | 4/6/2006 | $121,664.29 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Best Diabetic Supply, Inc., Ft. Lauderdale, FL |
| 140 | 4/26/2006 | $34,969.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Cosmo Consulting, Inc., Ft. Lauderdale, FL |
| 141 | 5/17/2006 | $217,334.50 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Saveon RX, Inc., Ft. Lauderdale, FL |
| 142 | 6/8/2006 | $5,355.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Cosmo Consulting, Inc., Ft. Lauderdale, FL |
| 143 | 6/28/2006 | $127,596.70 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Saveon RX, Inc., Ft. Lauderdale, FL |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 144 - 149

Money Laundering

27.     On or about the dates alleged below the defendant DAVID ELDON FISHER transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code,

Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 144 | 12/23/05 | $32,062.86 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to USAA Federal Savings Bank Account of David Fisher, San Antonio, TX |
| 145 | 4/3/06 | $38,894.30 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to USAA Federal Savings Bank Account of David Fisher, San Antonio, TX |
| 146 | 6/5/06 | $32,325.44 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to USAA Federal Savings Bank Account of David Fisher, San Antonio, TX |
| 147 | 5/27/05 | $44,189.72 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to U.S. Bank Account of David Fisher, Bend, OR |
| 148 | 10/17/05 | $40,802.22 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to U.S. Bank Account of David Fisher, Bend, OR |
| 149 | 12/23/05 | $3,547.05 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to U.S. Bank Account of David Fisher, Bend, OR |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 150 - 154

Money Laundering

28.    On or about the dates alleged below the defendant RICHARD EDWARD KOCH transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 150 | 1/13/2005 | $8,293.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Richard Koch, Fontana, CA |
| 151 | 5/23/2005 | $6,688.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Richard Koch, Fontana, CA |
| 152 | 12/19/2005 | $54,411.95 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Richard Koch, Fontana, CA |
| 153 | 3/20/2006 | $51,163.85 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Washington Mutual Account of Richard Koch, Fontana, CA |
| 154 | 6/29/2006 | $20,961.25 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Richard Koch, Fontana, CA |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 155 - 159

Money Laundering

29.     On or about the dates alleged below the defendant PHILIP JAMES BIDWELL transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

//

//

//

//

46

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 155 | 11/23/04 | $8,290.62 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to State Bank & Trust Account of Convergent Marketing, Carrollton, TX |
| 156 | 06/28/05 | $18,946.74 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to State Bank & Trust Account of Convergent Marketing, Carrollton, TX |
| 157 | 10/24/05 | $19,803.01 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to State Bank & Trust Account of Convergent Marketing, Carrollton, TX |
| 158 | 01/23/06 | $21,694.37 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to State Bank & Trust Account of Convergent Marketing, Carrollton, TX |
| 159 | 06/19/06 | $34,546.50 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to State Bank & Trust Account of Convergent Marketing, Carrollton, TX |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 160 - 164

Money Laundering

30.     On or about the dates alleged below the defendant HENRIKO CHUNG transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

//

//

//

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 160 | 11/26/04 | $693.17 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Naiser, LLC, Palm Springs, FL |
| 161 | 02/10/05 | $21,294.22 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Naiser, LLC, Palm Springs, FL |
| 162 | 08/01/05 | $17,621.73 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Bank of America Account of Naiser, LLC, Palm Springs, FL |
| 163 | 01/30/06 | $15,697.64 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Bank of America Account of Naiser, LLC, Palm Springs, FL |
| 164 | 06/19/06 | $9,120.20 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Naiser, LLC, Palm Springs, FL |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 165 - 169

    Money Laundering

    31.    On or about the dates alleged below the defendant JEFFREY A. LIGHT transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

//

//

//

//

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 165 | 11/12/04 | $11,833.26 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Community Bank Account of Cybercom Ventures, Inc., Rockwall, TX |
| 166 | 05/27/05 | $52,341.46 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Community Bank Account of Cybercom Ventures, Inc., Rockwall, TX |
| 167 | 10/24/05 | $30,669.34 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Community Bank Account of Cybercom Ventures, Inc., Rockwall, TX |
| 168 | 03/13/06 | $29,554.50 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Community Bank Account of Cybercom Ventures, Inc., Rockwall, TX |
| 169 | 06/19/06 | $26,053.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Community Bank Account of Cybercom Ventures, Inc., Rockwall, TX |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 170 - 177

Money Laundering

32.    On or about the dates alleged below the defendant TRACY ONEAL TYLER transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

//

//

//

49

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 170 | 2/25/05 | $2,217.35 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to American Bank of Texas Account of Jim Tyler, Horseshoe Bay, TX |
| 171 | 6/21/05 | $2,027.16 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wells Fargo Bank Account of Tracy Tyler, Dallas, TX |
| 172 | 10/24/05 | $16,082.17 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to American Bank of Texas Account of Jim Tyler, Horseshoe Bay, TX |
| 173 | 12/19/05 | $4,906.36 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wells Fargo Bank Account of Tracy Tyler, Dallas, TX |
| 174 | 2/13/06 | $10,861.69 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to American Bank of Texas Account of Jim Tyler, Horseshoe Bay, TX |
| 175 | 4/3/06 | $3,100.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wells Fargo Bank Account of Tracy Tyler, Dallas, TX |
| 176 | 6/5/06 | $12,651.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to American Bank of Texas Account of Jim Tyler, Horseshoe Bay, TX |
| 177 | 6/26/06 | $1,817.00 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to American Bank of Texas Account of Jim Tyler, Horseshoe Bay, TX |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 178 - 182

Money Laundering

33.     On or about the dates alleged below the defendant PETER P. BRAGANSA transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 178 | 4/28/2005 | $510.05 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Bank of America Account of Internet Marketing, Ft. Lauderdale, FL |
| 179 | 9/20/05 | $22,407.91 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of Internet Marketing, Hollywood, FL |
| 180 | 11/28/05 | $48,851.24 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of Internet Marketing, Hollywood, FL |
| 181 | 3/13/06 | $62,725.86 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Wachovia Bank Account of Internet Marketing, Hollywood, FL |
| 182 | 6/19/06 | $63,579.11 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Wachovia Bank Account of Internet Marketing, Hollywood, FL |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 183 - 189

Money Laundering

34.     On or about the dates alleged below the defendant BESSIE K. RICOARANGO transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, as set forth below, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, each transfer constituting a separate Racketeering Act:

//

//

//

51

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 183 | 12/23/04 | $594.00 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |
| 184 | 05/27/05 | $3,770.76 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |
| 185 | 09/06/05 | $4,578.09 | Wire Transfer from Cyprus Popular Bank, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |
| 186 | 12/19/05 | $12,940.71 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |
| 187 | 01/23/06 | $9,510.12 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |
| 188 | 03/13/06 | $5,263.98 | Wire Transfer from Bank of Cyprus, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |
| 189 | 06/29/06 | $1,205.50 | Wire Transfer from Barclays Bank, Nicosia, Cyprus, to Washington Mutual Account of Hundred Monkeys, Inc., Pembroke Pines, FL |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

Racketeering Acts 190 - 198

Money Laundering

35.     On or about the dates alleged below, and in the commission of each financial transaction alleged below, the defendant NATHAN JACOBSON committed the following two offenses which are indictable under Title 18, United States Code, Section 1956:

(i)     transported, transmitted, and transferred funds to a place in the United States from and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States

52

Code, Section 1341, in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2; and

(ii)   conducted a financial transaction affecting interstate and foreign commerce which involved the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, knowing both that the property involved in the financial transaction represented the proceeds of some form of unlawful activity and that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2,

either one of which alone constitutes the commission of Racketeering Acts 190 through 198, as set forth below:

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 190 | 7/12/05 | $104,706.88 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from Citibank Account of Israel Discount Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 191 | 9/19/05 | $265,845.96 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from Israel Discount Bank of New York, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 192 | 11/29/05 | $351,691.89 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 193 | 12/27/05 | $490,816.95 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 194 | 2/28/06 | $454,635.44 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 195 | 3/29/06 | $739,179.36 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 196 | 5/12/06 | $432,702.01 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |

| Act | Date | Amount | Financial Transactions |
|-----|------|--------|------------------------|
| 197 | 5/30/06 | $382,716.38 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |
| 198 | 6/27/06 | $157,615.53 | Wire Transfer, Originating with Israel Discount Bank, Tel Aviv, Israel, from American Express Bank, New York, NY, to Citibank Account of Bank of Cyprus, New York, NY |

All in violation of Title 18, United States Code, Sections 1962(c) and 2.

### Count 3

(Conspiracy to Distribute and Dispense Controlled Substances)

36.     Paragraphs 1 through 13 and 21 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

37.     From in or about August 2004 through in or about June 2006, both dates being approximate and inclusive, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and with other persons known and unknown to the grand jury, knowingly and intentionally conspired to commit the following offenses against the United States:

a.     knowingly and intentionally to distribute and dispense Schedule III Controlled Substances, including, but not limited to, quantities of benzphetamine, Didrex®, phendimetrazine, Bontril®, and Adipost®, other than for a legitimate medical purpose and not in the usual course of professional practice, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and Title 21, Code of Federal Regulations, Section 1306.04(a);

b.     knowingly and intentionally to distribute and dispense Schedule IV Controlled Substances, including, but not limited to, quantities of diethylpropion, Tenuate®, phentermine,

54

1  Adipex-P®, sibutramine, Meridia®; zaleplon, Sonata®, zolpidem tartrate, and Ambien®, other than

2  for a legitimate medical purpose and not in the usual course of professional practice, in violation of

3  Title 21, United States Code, Sections 841(a)(1), 841(b)(2), and Title 21, Code of Federal

4  Regulations, Section 1306.04(a); and

5          c.     knowingly and intentionally to use a communication facility in committing

6  and in causing and facilitating the commission of the distribution and dispensing of Schedule III and

7  Schedule IV Controlled Substances other than for a legitimate medical purpose and not in the usual

8  course of professional practice, in violation of Title 21, United States Code, Sections 841(a)(1),

9  841(b)(1)(D), 841(b)(2), and 843(b), and Title 21, Code of Federal Regulations, Section 1306.04(a).

10 All in violation of Title 21, United States Code, Section 846.

11

12 **Counts 4 - 78**
(Distribution and Dispensing of Controlled Substances)

13

14      38.     Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as

15  if fully set forth herein.

16      39.     On or about the dates alleged below, within the Southern District of California and

17  elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON,

18  TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY

19  ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C.

20  MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES

21  BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P.

22  BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON knowingly and

23  intentionally distributed and dispensed quantities of Schedule III and Schedule IV Controlled

24  Substances, as alleged below, other than for a legitimate medical purpose and not in the usual course

25  of professional practice, each such instance constituting a separate Count:

26

27

28

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 4 | 7/19/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "L.S." in Solana Beach, CA |
| 5 | 8/15/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "L.L." in San Diego, CA |
| 6 | 8/18/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "L.W." in El Cajon, CA |
| 7 | 8/19/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>NATHAN JACOBSON | 90 Didrex Tablets (50mg) | III | "J.D." in La Jolla, CA |
| 8 | 9/12/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.C." in Oceanside, CA |
| 9 | 9/13/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL | 90 Ambien Tablets (10mg) | IV | "B.R." in San Diego, CA |
| 10 | 10/12/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "D.W." in Carlsbad, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 11 | 10/17/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "P.P." in San Diego, CA |
| 12 | 10/19/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "S.D." in San Diego, CA |
| 13 | 11/9/05 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "D.S." in San Diego, CA |
| 14 | 11/10/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 30 Didrex Tablets (50mg) | III | "P.G." in San Diego, CA |
| 15 | 11/21/05 | MARK ANTHONY HEREDIA PETER P. BRAGANSA TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "L.H." in San Marcos, CA |
| 16 | 12/15/05 | MARK ANTHONY HEREDIA BESSIE K. RICOARANGO TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "C.T." in Poway, CA |
| 17 | 2/1/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT TODD WURTZEL CLAUDE COVINO | 30 Didrex Tablets (50mg) | III | "D.M." in San Diego, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 18 | 2/7/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | III | "R.O." in Oceanside, CA |
| 19 | 2/24/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.B." In San Diego, CA |
| 20 | 2/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "E.C." in San Diego, CA |
| 21 | 3/7/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | IV | "L.M." in Encinitas, CA |
| 22 | 3/8/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Diethylpropion Tablets (75mg) | IV | "L.B." in Ramona, CA |
| 23 | 3/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "G.N." in Cardiff by the Sea, CA |
| 24 | 3/29/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "C.S." in Oceanside, CA |

58

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 25 | 4/10/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Phentermine Tablets (37.5mg) | IV | "B.K." in San Marcos, CA |
| 26 | 4/12/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "L.C." in Lakeside, CA |
| 27 | 4/20/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "H.G." in Carlsbad, CA |
| 28 | 4/21/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "D.C." in Escondido, CA |
| 29 | 4/24/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "R.K." in Chula Vista, CA |
| 30 | 4/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "C.L." in Lakeside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 31 | 5/3/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "B.H." in Chula Vista, CA |
| 32 | 5/4/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.H." in San Diego, CA |
| 33 | 5/8/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.P." in San Diego, CA |
| 34 | 5/10/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "T.A." in San Diego, CA |
| 35 | 5/12/06 | MARK ANTHONY HEREDIA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON | 30 Ambien Tablets (10mg) | IV | "P.C." in San Diego, CA |
| 36 | 5/18/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "B.S." in Chula Vista, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 37 | 5/19/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.A." in San Diego, CA |
| 38 | 5/23/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.T." in El Cajon, CA |
| 39 | 5/23/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.M." in El Cajon, CA |
| 40 | 5/24/06 | MARK ANTHONY HEREDIA DAVID ELDON FISHER SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "K.F." in Vista, CA |
| 41 | 5/25/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.F." in Escondido, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|----------------------|-----------|-----------------|----------|-------------------------------|
| 42 | 5/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | IV | "T.D." in San Diego, CA |
| 43 | 5/26/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | IV | "E.A." in San Diego, CA |
| 44 | 5/26/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | IV | "N.M." in San Diego, CA |
| 45 | 5/26/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | IV | "J.S." in Alpine, CA |
| 46 | 5/31/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | IV | "L.D." in Vista, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 47 | 6/1/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "M.L." in Valley Center, CA |
| 48 | 6/1/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.F." in Carlsbad, CA |
| 49 | 6/2/06 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER GERALD C. MORRIS WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "C.S." in Santee, CA |
| 50 | 6/2/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.V." in Chula Vista, CA |
| 51 | 6/2/06 | MARK ANTHONY HEREDIA DAVID ELDON FISHER SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.P." in San Diego, CA |
| 52 | 6/7/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 30 Ambien Tablets (10mg) | IV | "C.L." in Lakeside, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 53 | 6/7/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "A.C." in San Diego, CA |
| 54 | 6/7/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.F." in Oceanside, CA |
| 55 | 6/9/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "G.S." in San Marcos, CA |
| 56 | 6/12/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.R." in San Diego, CA |
| 57 | 6/12/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "H.D." in Bonita, CA |
| 58 | 6/13/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.M." in Oceanside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 59 | 6/13/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "M.S." in San Diego, CA |
| 60 | 6/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "D.C." in San Diego, CA |
| 61 | 6/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.F." in San Marcos, CA |
| 62 | 6/15/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "C.P." in Lemon Grove, CA |
| 63 | 6/16/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.S." in San Diego, CA |
| 64 | 6/20/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "D.L." in Fallbrook, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|------------------------|------------|------------------|----------|--------------------------------|
| 65 | 6/20/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.V." in Chula Vista, CA |
| 66 | 6/26/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.O." in San Diego, CA |
| 67 | 6/27/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "D.R." in San Diego, CA |
| 68 | 6/28/06 | MARK ANTHONY HEREDIA<br>WILLIAM P. HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 30 Phentermine Tablets (37.5mg) | IV | "S.A." in Spring Valley, CA |
| 69 | 6/29/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.W." in Carlsbad, CA |
| 70 | 9/12/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.C." in Oceanside, CA |

66

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 71 | 1/27/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL | 90 Phentermine Tablets (37.5mg) | IV | "M.K." in Escondido, CA |
| 72 | 1/31/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL | 90 Phentermine Tablets (37.5mg) | IV | "D.S." in San Diego, CA |
| 73 | 2/27/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA | 90 Phendimetrazine (105mg) | III | "K.S." in Oceanside, CA |
| 74 | 4/4/06 | MARK ANTHONY HEREDIA<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "J.C." in Carlsbad, CA |
| 75 | 6/2/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.B." in Escondido, CA |
| 76 | 6/5/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.B." in San Diego, CA |
| 77 | 6/9/06 | MARK ANTHONY HEREDIA<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "K.W." in Carlsbad, CA |
| 78 | 6/20/06 | MARK ANTHONY HEREDIA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (35mg) | III | "E.A." in San Diego, CA |

1    All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(D), and 841(b)(2);

2    Title 18, United States Code, Section 2; and Title 21, Code of Federal Regulations,

3    Section 1306.04(a).

4

### Count 79
(Conspiracy to Commit Wire Fraud)

5

6      40.     Paragraphs 1 through 13 and 22 of this Indictment are hereby realleged and

7    incorporated as if fully set forth herein.

8      41.     From in or about August 2004 through in or about June 2006, both dates being

9

10    approximate and inclusive, within the Southern District of California and elsewhere, the defendants

11    MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL,

12    aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON,

13    SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS,

14    M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL,

15    HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA,

16    BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and with other persons known

17    and unknown to the grand jury, having devised and intending to devise a scheme and artifice to

18    defraud, and to obtain money by means of materially false and fraudulent pretenses, representations,

19    and promises, knowingly and intentionally conspired to transmit and to cause to be transmitted by

20    means of wire communication in interstate and foreign commerce writings, signs, signals, pictures,

21    and sounds, namely, customer orders for prescription pharmaceuticals made over the Internet through

22    Affpower enterprise affiliate and merchant websites as described in paragraphs 1 through 13 above,

23    for the purpose of executing such scheme and artifice.

24    All in violation of Title 18, United States Code, Section 1349.

25    //

26    //

27

28

1

2

## Counts 80 - 172
(Wire Fraud)

3

4

42.     Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

5

6

43.     On or about the dates alleged below, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, having devised and intending to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and sounds, namely, customer orders for prescription pharmaceuticals made over the Internet through Affpower enterprise affiliate and merchant websites as described in paragraphs 1 through 13 above, and as set forth below, for the purpose of executing such scheme and artifice, each such order constituting a separate Count:

7

8

9

10

11

12

13

14

15

16

17

18

19

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 80 | 4/4/05 | MARK ANTHONY HEREDIA HENRIKO CHUNG NATHAN JACOBSON | 90 Wellbutrin SR® (150mg) | "T.S." in La Jolla, CA |
| 81 | 6/27/05 | MARK ANTHONY HEREDIA HENRIKO CHUNG CLAUDE COVINO | 90 Fluoxetine Pills (generic Prozac®) (20mg) | "K.K." in Chula Vista, CA |
| 82 | 7/14/05 | MARK ANTHONY HEREDIA BESSIE K. RICOARANGO | 30 Phentermine Tablets (37.5mg) | "A.W." in Santee, CA |

20

21

22

23

24

25

26

27

28

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 83 | 7/17/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "L.S." in Solana Beach, CA |
| 84 | 8/5/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | "M.G." in San Diego, CA |
| 85 | 8/10/05 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL | 90 Carisoprodol Pills (generic Soma®) (350mg) | "L.R." in Escondido, CA |
| 86 | 8/10/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL | 90 Phentermine Tablets (30mg) | "M.D." in San Diego, CA |
| 87 | 8/12/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Tramadol Tablets (50mg) | "C.M." in Vista, CA |
| 88 | 8/12/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "L.L." in San Diego, CA |
| 89 | 8/15/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL | 90 Phentermine Tablets (30mg) | "R.N." in Oceanside, CA |
| 90 | 8/17/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | "L.W." in El Cajon, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 91 | 8/18/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>NATHAN JACOBSON | 90 Didrex Tablets (50mg) | "J.D." in La Jolla, CA |
| 92 | 8/25/05 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL | 90 Wellbutrin SR® (150mg) | "P.H." in Poway, CA |
| 93 | 9/9/05 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL | 90 Carisoprodol Pills (generic Soma®) (350mg) | "F.H." in San Diego, CA |
| 94 | 9/11/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | "L.C." in Oceanside, CA |
| 95 | 9/12/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL | 90 Ambien Tablets (10mg) | "B.R." in San Diego, CA |
| 96 | 9/20/05 | MARK ANTHONY HEREDIA<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "C.T." in San Diego, CA |
| 97 | 10/11/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | "D.W." in Carlsbad, CA |
| 98 | 10/15/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | "P.P." in San Diego, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 99 | 10/12/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | "S.D." in San Diego, CA |
| 100 | 11/9/05 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | "D.S." in San Diego, CA |
| 101 | 11/7/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 30 Didrex Tablets (50mg) | "P.G." in San Diego, CA |
| 102 | 11/21/05 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | "L.H." in San Marcos, CA |
| 103 | 12/1/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Carisoprodol Pills (generic Soma®) (350mg) | "J.K." in Carlsbad, CA |
| 104 | 12/13/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | "C.T." in Poway, CA |
| 105 | 1/27/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO | 30 Didrex Tablets (50mg) | "D.M." in San Diego, CA |
| 106 | 2/6/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | "R.O." in Oceanside, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 107 | 2/18/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "J.B." In San Diego, CA |
| 108 | 2/21/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | "E.C." in San Diego, CA |
| 109 | 3/1/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Bupropion HCL (generic Wellbutrin®) (100mg) | "R.A." in San Diego, CA |
| 110 | 3/3/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | "L.M." in Encinitas, CA |
| 111 | 3/6/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Diethylpropion Tablets (75mg) | "L.B." in Ramona, CA |
| 112 | 3/24/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM POLK HARRINGTON | 90 Phentermine Tablets (37.5mg) | "G.N." in Cardiff by the Sea, CA |
| 113 | 3/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON | 90 Phentermine Tablets (37.5mg) | "C.S." in Oceanside, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 114 | 4/9/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Phentermine Tablets  (37.5mg) | "B.K." in San Marcos, CA |
| 115 | 4/4/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | "L.C." in Lakeside, CA |
| 116 | 3/31/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "H.G." in Carlsbad, CA |
| 117 | 4/6/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets  (37.5mg) | "D.C." in Escondido, CA |
| 118 | 4/21/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM POLK HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "D.F." in Escondido, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 119 | 4/19/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH WILLIAM POLK HARRINGTON DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | "R.K." in Chula Vista, CA |
| 120 | 4/19/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH GERALD C. MORRIS WILLIAM POLK HARRINGTON CLAUDE COVINO | 30 Ambien Tablets (10mg) | "C.L." in Lakeside, CA |
| 121 | 4/18/06 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER GERALD C. MORRIS WILLIAM POLK HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "B.H." in Chula Vista, CA |
| 122 | 4/26/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH GERALD C. MORRIS WILLIAM POLK HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "A.H." in San Diego, CA |
| 123 | 5/1/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH GERALD C. MORRIS WILLIAM POLK HARRINGTON NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "V.C." in San Diego, CA |
| 124 | 4/30/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH WILLIAM POLK HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "J.P." in San Diego, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 125 | 4/12/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | "T.A." in San Diego, CA |
| 126 | 5/12/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "K.M." in Santee, CA |
| 127 | 5/8/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "B.S." in Chula Vista, CA |
| 128 | 5/8/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "M.A." in San Diego, CA |
| 129 | 5/22/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "A.R." in Oceanside, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 130 | 5/1/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | "H.M." in Poway, CA |
| 131 | 5/10/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "T.T." in El Cajon, CA |
| 132 | 5/9/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "J.M." in El Cajon, CA |
| 133 | 5/22/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "S.W." in Oceanside, CA |
| 134 | 5/22/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Viagra Tablets (100mg) | "R.C." in Escondido, CA |
| 135 | 5/10/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "K.F." in Vista, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 136 | 5/12/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "J.F." in Escondido, CA |
| 137 | 5/11/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "T.D." in San Diego, CA |
| 138 | 5/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "E.A." in San Diego, CA |
| 139 | 5/11/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | "N.M." in San Diego, CA |
| 140 | 4/17/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "J.S." in Alpine, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 141 | 5/26/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | "D.M." in Chula Vista, CA |
| 142 | 5/31/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | "L.D." in Vista, CA |
| 143 | 5/26/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | "M.L." in Valley Center, CA |
| 144 | 5/17/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "A.F." in Carlsbad, CA |
| 145 | 4/26/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON | 90 Phentermine Tablets (37.5mg) | "C.S." in Santee, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 146 | 6/1/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "J.V." in Chula Vista, CA |
| 147 | 5/18/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "M.P." in San Diego, CA |
| 148 | 6/5/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | "C.L." in Lakeside, CA |
| 149 | 5/30/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON | 90 Phentermine Tablets (37.5mg) | "A.C." in San Diego, CA |
| 150 | 5/23/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "A.F." in Oceanside, CA |
| 151 | 6/6/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | "G.S." in San Marcos, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|---|---|---|---|---|
| 152 | 5/31/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "A.R." in San Diego, CA |
| 153 | 6/1/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "H.D." in Bonita, CA |
| 154 | 6/6/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "M.M." in Oceanside, CA |
| 155 | 6/9/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | "M.S." in San Diego, CA |
| 156 | 6/9/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "D.C." in San Diego, CA |
| 157 | 6/9/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "S.F." in San Marcos, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 158 | 6/14/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CHANDRESH B. SHAH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | "C.P." in Lemon Grove, CA |
| 159 | 6/15/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "T.S." in San Diego, CA |
| 160 | 6/20/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | "D.L." in Fallbrook, CA |
| 161 | 6/19/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "S.V." in Chula Vista, CA |
| 162 | 6/20/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Cyclobenzaprine Pills (10mg) | "D.L." in Fallbrook, CA |
| 163 | 6/23/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "J.O." in San Diego, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|--------------------------------|
| 164 | 6/26/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "D.R." in San Diego, CA |
| 165 | 6/24/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>SUBRAMANYA K. PRASAD<br>WILLIAM POLK HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | "L.W." in Carlsbad, CA |
| 166 | 9/11/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | "L.C." in Oceanside, CA |
| 167 | 1/26/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL | 90 Phentermine Tablets  (37.5mg) | "M.K." in Escondido, CA |
| 168 | 1/30/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL | 90 Phentermine Tablets  (37.5mg) | "D.S." in San Diego, CA |
| 169 | 2/10/06 | MARK ANTHONY HEREDIA<br>TODD WURTZEL<br>NATHAN JACOBSON | 10 Viagra Tablets (100mg) | "A.G." in Oceanside, CA |
| 170 | 2/26/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA | 90 Phendimetrazine (105mg) | "K.S." in Oceanside, CA |
| 171 | 5/18/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM POLK HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | "M.B." in Escondido, CA |

| Count | Date of Customer Order | Defendants | Ordered Drug | Customer and Delivery Location |
|-------|------------------------|------------|--------------|-------------------------------|
| 172 | 5/20/06 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL WILLIAM POLK HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | "S.B." in San Diego, CA |

All in violation of Title 18, United States Code, Sections 1343 and 2.

### Count 173
(Conspiracy to Commit Mail Fraud)

44.    Paragraphs 1 through 13 and 23 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

45.    From in or about August 2004 through in or about June 2006, both dates being approximate and inclusive, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and with other persons known and unknown to the grand jury, having devised and intending to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, knowingly and intentionally conspired to deposit and to cause to be deposited packages containing quantities of prescription pharmaceuticals to be sent and delivered by Federal Express, a private and commercial interstate carrier, and to cause those packages to be delivered by Federal Express according to the directions on the packages, and at the places at which the packages were directed to be delivered by the persons to whom the packages were addressed, as described in

84

paragraphs 1 through 13 above, for the purpose of executing such scheme and artifice and attempting to do so.

All in violation of Title 18, United States Code, Section 1349.

### Counts 174 - 236
(Mail Fraud)

46.     Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

47.     On or about the dates alleged below, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, having devised and intending to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, knowingly and intentionally deposited and caused to be deposited packages containing quantities of prescription pharmaceuticals to be sent and delivered by Federal Express, a private and commercial interstate carrier, and knowingly and intentionally caused those packages to be delivered by Federal Express according to the directions on the packages, and at the places at which the packages were directed to be delivered by the persons to whom the packages were addressed, as described in paragraphs 1 through 13 above, and as set forth below, for the purpose of executing such scheme and artifice and attempting to do so, each shipment constituting a separate Count:

85

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|-------|------|------------|--------------|-----------------|------------|
| 174 | 6/28/05 | MARK ANTHONY HEREDIA HENRIKO CHUNG CLAUDE COVINO | 90 Fluoxetine Pills (generic Prozac®) (20mg) | Saveon RX Florida | "K.K." in Chula Vista, CA |
| 175 | 7/19/05 | MARK ANTHONY HEREDIA DAVID ELDON FISHER DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | St. Vrain Colorado | "L.S." in Solana Beach, CA |
| 176 | 8/12/05 | MARK ANTHONY HEREDIA DAVID ELDON FISHER TODD WURTZEL DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 90 Tramadol Tablets (50mg) | St. Vrain Colorado | "C.M." in Vista, CA |
| 177 | 8/18/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | Saveon RX Florida | "L.W." in El Cajon, CA |
| 178 | 9/12/05 | MARK ANTHONY HEREDIA DAVID ELDON FISHER TODD WURTZEL DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | St. Vrain Colorado | "L.C." in Oceanside, CA |
| 179 | 9/21/05 | MARK ANTHONY HEREDIA TODD WURTZEL DOLORES LOVIN MARY ARONSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | St. Vrain Colorado | "C.T." in San Diego, CA |
| 180 | 10/12/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "D.W." in Carlsbad, CA |

86

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 181 | 10/17/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 30 Ambien Tablets (10mg) | Saveon RX Florida | "P.P." in San Diego, CA |
| 182 | 10/19/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | Saveon RX Florida | "S.D." in San Diego, CA |
| 183 | 11/9/05 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | Saveon RX Florida | "D.S." in San Diego, CA |
| 184 | 11/10/05 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER TODD WURTZEL CLAUDE COVINO | 30 Didrex Tablets (50mg) | Saveon RX Florida | "P.G." in San Diego, CA |
| 185 | 11/21/05 | MARK ANTHONY HEREDIA PETER P. BRAGANSA TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (30mg) | Saveon RX Florida | "L.H." in San Marcos, CA |
| 186 | 12/2/05 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL TODD WURTZEL CLAUDE COVINO | 90 Carisoprodol Pills (generic Soma®) (350mg) | Saveon RX Florida | "J.K." in Carlsbad, CA |
| 187 | 12/15/05 | MARK ANTHONY HEREDIA BESSIE K. RICOARANGO TODD WURTZEL CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "C.T." in Poway, CA |
| 188 | 2/1/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT TODD WURTZEL CLAUDE COVINO | 30 Didrex Tablets (50mg) | Saveon RX Florida | "D.M." in San Diego, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 189 | 2/7/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | Saveon RX<br>Florida | "R.O." in Oceanside, CA |
| 190 | 2/24/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "J.B." In San Diego, CA |
| 191 | 2/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | Saveon RX<br>Florida | "E.C." in San Diego, CA |
| 192 | 3/7/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | Saveon RX<br>Florida | "L.M." in Encinitas, CA |
| 193 | 3/8/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Diethylpropion Tablets (75mg) | Saveon RX<br>Florida | "L.B." in Ramona, CA |
| 194 | 4/10/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "B.K." in San Marcos, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 195 | 4/12/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO | 30 Ambien Tablets (10mg) | Saveon RX Florida | "L.C." in Lakeside, CA |
| 196 | 4/20/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "H.G." in Carlsbad, CA |
| 197 | 4/21/06 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "D.C." in Escondido, CA |
| 198 | 4/21/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH WILLIAM P. HARRINGTON DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | St. Vrain Colorado | "D.F." in Escondido, CA |
| 199 | 4/24/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH WILLIAM P. HARRINGTON DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | St. Vrain Colorado | "R.K." in Chula Vista, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 200 | 4/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | Saveon RX<br>Florida | "C.L." in Lakeside, CA |
| 201 | 5/3/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "B.H." in Chula Vista, CA |
| 202 | 5/4/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "A.H." in San Diego, CA |
| 203 | 5/8/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "J.P." in San Diego, CA |
| 204 | 5/10/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "T.A." in San Diego, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 205 | 5/15/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | St. Vrain Colorado | "K.M." in Santee, CA |
| 206 | 5/18/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "B.S." in Chula Vista, CA |
| 207 | 5/19/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "M.A." in San Diego, CA |
| 208 | 5/23/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | Saveon RX Florida | "A.R." in Oceanside, CA |
| 209 | 5/23/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT WILLIAM P. HARRINGTON CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "H.M." in Poway, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 210 | 5/23/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "T.T." in El Cajon, CA |
| 211 | 5/23/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "J.M." in El Cajon, CA |
| 212 | 5/23/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Viagra Tablets (100mg) | Saveon RX<br>Florida | "R.C." in Escondido, CA |
| 213 | 5/24/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "K.F." in Vista, CA |
| 214 | 5/25/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "J.F." in Escondido, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 215 | 5/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "T.D." in San Diego, CA |
| 216 | 5/26/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "E.A." in San Diego, CA |
| 217 | 5/26/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | Saveon RX<br>Florida | "N.M." in San Diego, CA |
| 218 | 5/30/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Carisoprodol Pills (generic Soma®) (350mg) | Saveon RX<br>Florida | "D.M." in Chula Vista, CA |
| 219 | 5/31/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | Saveon RX<br>Florida | "L.D." in Vista, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 220 | 6/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | Saveon RX<br>Florida | "M.L." in Valley Center, CA |
| 221 | 6/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "A.F." in Carlsbad, CA |
| 222 | 6/2/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "J.V." in Chula Vista, CA |
| 223 | 6/2/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "M.P." in San Diego, CA |
| 224 | 6/7/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | Saveon RX<br>Florida | "C.L." in Lakeside, CA |

94

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 225 | 6/7/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "A.F." in Oceanside, CA |
| 226 | 6/12/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "A.R." in San Diego, CA |
| 227 | 6/12/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "H.D." in Bonita, CA |
| 228 | 6/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "D.C." in San Diego, CA |
| 229 | 6/14/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "S.F." in San Marcos, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 230 | 6/15/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "C.P." in Lemon Grove, CA |
| 231 | 6/20/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (105mg) | Saveon RX<br>Florida | "D.L." in Fallbrook, CA |
| 232 | 6/20/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "S.V." in Chula Vista, CA |
| 233 | 6/21/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Cyclobenzaprine Pills (10mg) | Saveon RX<br>Florida | "D.L." in Fallbrook, CA |
| 234 | 9/12/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | St. Vrain<br>Colorado | "L.C." in Oceanside, CA |
| 235 | 6/2/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX<br>Florida | "M.B." in Escondido, CA |

| Count | Date of Deposit with Federal Express | Defendants | Ordered Drug | Pharmacy Shipping Drugs and State | Customer and Delivery Location |
|---|---|---|---|---|---|
| 236 | 6/5/06 | MARK ANTHONY HEREDIA PHILIP JAMES BIDWELL WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | Saveon RX Florida | "S.B." in San Diego, CA |

All in violation of Title 18, United States Code, Sections 1341 and 2.

### Count 237

(Conspiracy to Commit Money Laundering)

48.     Paragraphs 1 through 13 and 24 through 35 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

49.     From in or about August 2004 through in or about June 2006, both dates being approximate and inclusive, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and with other persons known and unknown to the grand jury, knowingly and intentionally conspired to commit the following offenses against the United States:

a.     to conduct financial transactions affecting interstate and foreign commerce which involved the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18,

United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the property involved in the financial transactions represents the proceeds of some form of unlawful activity, with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

b.       to conduct financial transactions affecting interstate and foreign commerce which involved the proceeds of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, knowing both that the property involved in the financial transactions represents the proceeds of some form of unlawful activity and that the transactions are designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

c.       to transport, transmit, and transfer funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail fraud, in violation of Title 18, United States Code, Section 1341, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

d.       to transport, transmit, and transfer funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer is designed in whole or in part to conceal and disguise

98

1   the nature, the location, the source, the ownership, and the control of the proceeds of specified

2   unlawful activity, that is, (1) the distribution and dispensing of, and conspiracy to distribute and

3   dispense, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1)

4   and 846; (2) wire fraud, in violation of Title 18, United States Code, Section 1343; and (3) mail

5   fraud, in violation of Title 18, United States Code, Section 1341, in violation of Title 18, United

6   States Code, Section 1956(a)(2)(B)(i).

7   All in violation of Title 18, United States Code, Section 1956(h).

### Count 238
(Conspiracy to Dispense Misbranded Drugs)

10       50.    Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as

11   if fully set forth herein.

### Objects of the Conspiracy

14       51.    From in or about August 2004 through in or about June 2006, both dates being

15   approximate and inclusive, within the Southern District of California and elsewhere, the defendants

16   MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL,

17   aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON,

18   SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS,

19   M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL,

20   HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA,

21   BESSIE K. RICOARANGO, and NATHAN JACOBSON, together, and with other persons known

22   and unknown to the grand jury, knowingly and intentionally conspired to dispense prescription

23   drugs, including but not limited to benzphetamine; Didrex®; phendimetrazine; Bontril®; Adipost®;

24   diethylpropion; Tenuate®; phentermine; Adipex-P®; sibutramine; Meridia®; zaleplon; Sonata®;

25   zolpidem tartrate; Ambien®; amitriptyline; bupropion; Wellbutrin®; Zyban®; buspirone;

26   carisoprodol; Soma®; Celexa®; cyclobenzaprine; Flexeril®; estradiol; fluoxetine; Prozac®;

27   fluvoxamine; paroxetine; Paxil®; sertraline; Zoloft®; sildenafil; Viagra®; tadalafil; Cialis®;

tizanidine; Zanaflex®; and tramadol, without valid written prescriptions of a practitioner licensed by law to administer such drugs, which would cause the drugs to become misbranded while held for sale, and to dispense such drugs after their shipment in interstate commerce and with the intent to defraud and mislead the purchasers of said drugs and government regulatory agencies, in violation of Title 21, United States Code, Sections 353(b)(1), 331(k), and 333(a)(2).

## Overt Acts

52.     In furtherance of the conspiracy, and to accomplish its unlawful objectives, the overt acts alleged as Racketeering Acts in paragraph 21 of this Indictment, hereby realleged and incorporated as if fully set forth herein, were committed within the Southern District of California and elsewhere.

All in violation of Title 18, United States Code, Section 371.

## Counts 239 - 313
(Dispensing Misbranded Drugs)

53.     Paragraphs 1 through 13 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

54.     On or about the dates alleged below, within the Southern District of California and elsewhere, the defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON knowingly and intentionally dispensed prescription drugs, as alleged below, without valid written prescriptions of a practitioner licensed by law to administer such drugs, causing the drugs to became misbranded while held for sale, and dispensed such drugs after their shipment in interstate commerce and with

1    the intent to defraud and mislead the purchasers of said drugs and government regulatory agencies,

2    each such dispensing constituting a separate Count:

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 239 | 7/19/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | IV | "L.S." in Solana Beach, CA |
| 240 | 8/15/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>NATHAN JACOBSON | 90 Phentermine Tablets  (37.5mg) | IV | "L.L." in San Diego, CA |
| 241 | 8/18/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets  (30mg) | IV | "L.W." in El Cajon, CA |
| 242 | 8/19/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>NATHAN JACOBSON | 90 Didrex Tablets (50mg) | III | "J.D." in La Jolla, CA |
| 243 | 9/12/05 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>TODD WURTZEL<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 90 Phentermine Tablets  (30mg) | IV | "L.C." in Oceanside, CA |
| 244 | 9/13/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL | 90 Ambien Tablets (10mg) | IV | "B.R." in San Diego, CA |
| 245 | 10/12/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets  (37.5mg) | IV | "D.W." in Carlsbad, CA |

101

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 246 | 10/17/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "P.P." in San Diego, CA |
| 247 | 10/19/05 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "S.D." in San Diego, CA |
| 248 | 11/9/05 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "D.S." in San Diego, CA |
| 249 | 11/10/05 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 30 Didrex Tablets (50mg) | III | "P.G." in San Diego, CA |
| 250 | 11/21/05 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (30mg) | IV | "L.H." in San Marcos, CA |
| 251 | 12/15/05 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "C.T." in Poway, CA |
| 252 | 2/1/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>TODD WURTZEL<br>CLAUDE COVINO | 30 Didrex Tablets (50mg) | III | "D.M." in San Diego, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|----------------------|-----------|----------------|----------|-------------------------------|
| 253 | 2/7/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Didrex Tablets (50mg) | III | "R.O." in Oceanside, CA |
| 254 | 2/24/06 | MARK ANTHONY HEREDIA<br>BESSIE K. RICOARANGO<br>TODD WURTZEL<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.B." In San Diego, CA |
| 255 | 2/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "E.C." in San Diego, CA |
| 256 | 3/7/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | IV | "L.M." in Encinitas, CA |
| 257 | 3/8/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>TODD WURTZEL<br>CLAUDE COVINO | 90 Diethylpropion Tablets (75mg) | IV | "L.B." in Ramona, CA |
| 258 | 3/28/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "G.N." in Cardiff by the Sea, CA |
| 259 | 3/29/06 | MARK ANTHONY HEREDIA<br>JEFFREY A. LIGHT<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "C.S." in Oceanside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 260 | 4/10/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Phentermine Tablets (37.5mg) | IV | "B.K." in San Marcos, CA |
| 261 | 4/12/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "L.C." in Lakeside, CA |
| 262 | 4/20/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "H.G." in Carlsbad, CA |
| 263 | 4/21/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "D.C." in Escondido, CA |
| 264 | 4/24/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "R.K." in Chula Vista, CA |
| 265 | 4/25/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "C.L." in Lakeside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|----------------------|-----------|----------------|----------|-------------------------------|
| 266 | 5/3/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "B.H." in Chula Vista, CA |
| 267 | 5/4/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.H." in San Diego, CA |
| 268 | 5/8/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.P." in San Diego, CA |
| 269 | 5/10/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "T.A." in San Diego, CA |
| 270 | 5/12/06 | MARK ANTHONY HEREDIA<br>CHANDRESH B. SHAH<br>WILLIAM P. HARRINGTON<br>DOLORES LOVIN<br>MARY ARONSON | 30 Ambien Tablets (10mg) | IV | "P.C." in San Diego, CA |
| 271 | 5/18/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "B.S." in Chula Vista, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|-----------------------|------------|-----------------|----------|-------------------------------|
| 272 | 5/19/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.A." in San Diego, CA |
| 273 | 5/23/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.T." in El Cajon, CA |
| 274 | 5/23/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.M." in El Cajon, CA |
| 275 | 5/24/06 | MARK ANTHONY HEREDIA DAVID ELDON FISHER SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "K.F." in Vista, CA |
| 276 | 5/25/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.F." in Escondido, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 277 | 5/25/06 | MARK ANTHONY HEREDIA RICHARD EDWARD KOCH GERALD C. MORRIS WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.D." in San Diego, CA |
| 278 | 5/26/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "E.A." in San Diego, CA |
| 279 | 5/26/06 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "N.M." in San Diego, CA |
| 280 | 5/26/06 | MARK ANTHONY HEREDIA HENRIKO CHUNG WILLIAM P. HARRINGTON NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.S." in Alpine, CA |
| 281 | 5/31/06 | MARK ANTHONY HEREDIA HENRIKO CHUNG SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.D." in Vista, CA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|----------|-----------|--------|---------|-----------|
| 282 | 6/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "M.L." in Valley Center, CA |
| 283 | 6/1/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.F." in Carlsbad, CA |
| 284 | 6/2/06 | MARK ANTHONY HEREDIA<br>TRACY ONEAL TYLER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "C.S." in Santee, CA |
| 285 | 6/2/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.V." in Chula Vista, CA |
| 286 | 6/2/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.P." in San Diego, CA |
| 287 | 6/7/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 30 Ambien Tablets (10mg) | IV | "C.L." in Lakeside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 288 | 6/7/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON | 90 Phentermine Tablets (37.5mg) | IV | "A.C." in San Diego, CA |
| 289 | 6/7/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.F." in Oceanside, CA |
| 290 | 6/9/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>CLAUDE COVINO | 30 Ambien Tablets (10mg) | IV | "G.S." in San Marcos, CA |
| 291 | 6/12/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "A.R." in San Diego, CA |
| 292 | 6/12/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "H.D." in Bonita, CA |
| 293 | 6/13/06 | MARK ANTHONY HEREDIA<br>DAVID ELDON FISHER<br>GERALD C. MORRIS<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.M." in Oceanside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 294 | 6/13/06 | MARK ANTHONY HEREDIA DAVID ELDON FISHER GERALD C. MORRIS WILLIAM P. HARRINGTON NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "M.S." in San Diego, CA |
| 295 | 6/14/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "D.C." in San Diego, CA |
| 296 | 6/14/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.F." in San Marcos, CA |
| 297 | 6/15/06 | MARK ANTHONY HEREDIA HENRIKO CHUNG CHANDRESH B. SHAH WILLIAM P. HARRINGTON CLAUDE COVINO | 90 Phentermine Tablets (37.5mg) | IV | "C.P." in Lemon Grove, CA |
| 298 | 6/16/06 | MARK ANTHONY HEREDIA PETER P. BRAGANSA SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "T.S." in San Diego, CA |
| 299 | 6/20/06 | MARK ANTHONY HEREDIA JEFFREY A. LIGHT WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phendimetrazine (105mg) | III | "D.L." in Fallbrook, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|---|---|---|---|---|---|
| 300 | 6/20/06 | MARK ANTHONY HEREDIA HENRIKO CHUNG SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON CLAUDE COVINO NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.V." in Chula Vista, CA |
| 301 | 6/26/06 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER WILLIAM P. HARRINGTON NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "J.O." in San Diego, CA |
| 302 | 6/27/06 | MARK ANTHONY HEREDIA HENRIKO CHUNG WILLIAM P. HARRINGTON NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "D.R." in San Diego, CA |
| 303 | 6/28/06 | MARK ANTHONY HEREDIA WILLIAM P. HARRINGTON DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 30 Phentermine Tablets (37.5mg) | IV | "S.A." in Spring Valley, CA |
| 304 | 6/29/06 | MARK ANTHONY HEREDIA TRACY ONEAL TYLER SUBRAMANYA K. PRASAD WILLIAM P. HARRINGTON NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.W." in Carlsbad, CA |
| 305 | 9/12/05 | MARK ANTHONY HEREDIA DAVID ELDON FISHER TODD WURTZEL DOLORES LOVIN MARY ARONSON NATHAN JACOBSON | 90 Phentermine Tablets (30mg) | IV | "L.C." in Oceanside, CA |

| Count | Date of Drug Shipment | Defendants | Drug and Dosage | Schedule | Customer and Delivery Location |
|-------|-----------------------|------------|-----------------|----------|--------------------------------|
| 306 | 1/27/06 | MARK ANTHONY HEREDIA<br>HENRIKO CHUNG<br>TODD WURTZEL | 90 Phentermine Tablets (37.5mg) | IV | "M.K." in Escondido, CA |
| 307 | 1/31/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA<br>TODD WURTZEL | 90 Phentermine Tablets (37.5mg) | IV | "D.S." in San Diego, CA |
| 308 | 2/27/06 | MARK ANTHONY HEREDIA<br>PETER P. BRAGANSA | 90 Phendimetrazine (105mg) | III | "K.S." in Oceanside, CA |
| 309 | 4/4/06 | MARK ANTHONY HEREDIA<br>CLAUDE COVINO<br>NATHAN JACOBSON | 60 Phentermine Tablets (30mg) | IV | "J.C." in Carlsbad, CA |
| 310 | 6/2/06 | MARK ANTHONY HEREDIA<br>RICHARD EDWARD KOCH<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "M.B." in Escondido, CA |
| 311 | 6/5/06 | MARK ANTHONY HEREDIA<br>PHILIP JAMES BIDWELL<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "S.B." in San Diego, CA |
| 312 | 6/9/06 | MARK ANTHONY HEREDIA<br>WILLIAM P. HARRINGTON<br>NATHAN JACOBSON | 90 Phentermine Tablets (37.5mg) | IV | "K.W." in Carlsbad, CA |
| 313 | 6/20/06 | MARK ANTHONY HEREDIA<br>SUBRAMANYA K. PRASAD<br>WILLIAM P. HARRINGTON<br>CLAUDE COVINO<br>NATHAN JACOBSON | 90 Phendimetrazine (35mg) | III | "E.A." in San Diego, CA |

All in violation of Title 21, United States Code, Sections 353(b)(1), 331(k), and 333(a)(2).

## CRIMINAL FORFEITURE ALLEGATION NO. 1
(RICO Forfeiture)

55.     The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 1963. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Counts 1 and 2 of this Indictment.

56.     The defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and NATHAN JACOBSON

(i)     have acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

(ii)     have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(2); and

(iii)     have property constituting and derived from proceeds obtained, directly and indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962,

1    which property is subject to forfeiture to the United States pursuant to Title 18, United States Code,

2    Section 1963(a)(3).

3        57.     The interests of the defendants subject to forfeiture to the United States pursuant to

4    Title 18, United States Code, Section 1963(a)(1), (a)(2), and (a)(3), include but are not limited to:

5            (i)     A sum of money equal to at least $126,201,175.96, representing the amount

6    of proceeds obtained as a result of the violations alleged in Counts 1 and 2 of the Indictment, and

7    all interests and proceeds traceable thereto, an amount which includes but is not limited to all funds

8    in the following bank accounts:

| Institution | Account Number | Account Name | Controlled By |
|---|---|---|---|
| USAA Federal Savings Bank, San Antonio, TX | 30402719 | David Fisher | David Fisher |
| U.S. Bank, Bend, OR | 153652613776 | David Fisher | David Fisher |
| Wachovia Bank, Hollywood, FL | 2000025604308 | Internet Marketing | Peter Bragansa |
| Bank of America, Ft. Lauderdale, FL | 005487581493 | Internet Marketing | Peter Bragansa |
| Washington Mutual, Fontana, CA | 0673428506 | Richard Koch | Richard Koch |
| Community Bank, Rockwall, TX | 430068510 | Cybercom Ventures, Inc. | Jeffrey A. Light |
| State Bank & Trust, Carrollton, TX | 112004957 | Convergent Marketing | Philip J. Bidwell |
| Bank of America, Palm Springs, FL | 0036-7113-1541 | Naiser, LLC | Henriko Chung |
| Wells Fargo Bank, Dallas, TX | 6221360222 | Tracy Tyler | Tracy Tyler |
| American Bank of Texas, Horseshoe Bay, TX | 2323400 | Jim Tyler | Tracy Tyler |
| Wachovia Bank, Coral Gables, FL | 1010124748981 | Todd Wurtzel | Todd Wurtzel |

| Institution | Account Number | Account Name | Controlled By |
|---|---|---|---|
| Wachovia Bank, Coral Springs, FL | 2000006756851 | Net Exchange Inc. | Todd Wurtzel |
| Wachovia Bank, Seminole, FL | 2000026013503 | The Direct Meds | William Harrington |
| Wachovia Bank, Seminole, FL | 2000026013723 | Direct Meds, Inc. | William Harrington |
| Bank of America, Ft. Lauderdale, FL | 003768570772 | Saveon RX, Inc. | Claude Covino |
| Bank of America, Ft. Lauderdale, FL | 003762243953 | Best Diabetic Supply, Inc. | Claude Covino |
| Bank of America, Ft. Lauderdale, FL | 5486885543 | Cosmo Consulting, Inc. | Claude Covino |
| Washington Mutual, Pembroke Pines, FL | 0678915805 | Hundred Monkeys, Inc. | Bessie Ricoarango |
| Wachovia Bank, Smyrna, GA | 1010145032414 | Chandresh Shah | Chandresh Shah |
| Edgartown National Bank, Oak Bluffs, MA | 6068431 | Gerald Morris | Gerald Morris |

(ii)    All interest in and control over the following domain names, wherever registered:

buyallprescriptions.com

us-meds.com

secureprescriptionsonline.com

ubuyrx.com

millennium-pharmacy.com

medlinedrugs.com

officialpillsrx.com

horizonmeds.com

valuetrustrx.com

drugprescribe.com

rxdrugstore.us

life-meds.com

secure-pills-online.com

*dietprescriptions.org*
*expressdrugstore.biz*
*easyprescribe.com*
*weldonpharmacy.com*
*pillscouts.com*
*pills-discount.info*
*medsshop.com*
*medsource-pharmacy.com*
*orderonlinepharmacy.com*
*netmedsdirect.com*
*medsdirect-md.com*
*ndapharmacy.com*
*giantrx.com*
*rxmedcorp.com*
*thepillstore.com*
*drugdepot.com*
*cheappillsonline.com*
*american-meds-direct.com*
*cheap-us-pharmacy.com*
*realpills.com*
*silverdrugs.com*
*rx-listings.com*
*mgdrugstore.com*
*mrhappypill.com*

(iii)   All interest in and control over the computers, computer storage devices, peripherals, and related electronic devices, and their contents, data, information, code used to generate and process data and other files, in any format whether physical or electronic, including the backups, printouts, and unpublished drafts, which comprise or were used in the operation of any website associated with any of the foregoing domain names or through which customers purchased drugs from the Affpower enterprise.

58.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

(i)   cannot be located upon the exercise of due diligence;

116

(ii)     has been transferred or sold to, or deposited with, a third party;

(iii)    has been placed beyond the jurisdiction of the Court;

(iv)     has been substantially diminished in value; or

(v)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

59.     The above-named defendants , and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

All in violation of Title 18, United States Code, Section 1963.

## CRIMINAL FORFEITURE ALLEGATION NO. 2
(Distribution and Dispensing of Controlled Substances Forfeiture)

60.     The allegations contained in Counts 3 through 78 are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853 in the event of any defendant's conviction under Counts 3 through 78 of this Indictment.

61.     As a result of the commission of the felony offenses alleged in Counts 3 through 78 of this Indictment, said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON, SUBRAMANYA K. PRASAD, M.D., CHANDRESH B. SHAH, M.D., GERALD C. MORRIS, M.D., DAVID ELDON FISHER,

1   RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO CHUNG, JEFFREY A.

2   LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K. RICOARANGO, and

3   NATHAN JACOBSON shall, upon conviction, forfeit to the United States all their rights, title and

4   interest in any and all property constituting, or derived from, any proceeds the defendants obtained,

5   directly or indirectly, as the result of the offenses, and all of the defendants' property used, or

6   intended to be used, in any manner or part, to commit, or to facilitate the commission of, such

7   violations, including but not limited to:

8          (i)     A sum of money equal to at least $126,201,175.96, representing the amount

9   of proceeds obtained as a result of the violations alleged in Counts 3 through 78 of the Indictment,

10   an amount which includes but is not limited to all funds in the following bank accounts:

| Institution | Account Number | Account Name | Controlled By |
| --- | --- | --- | --- |
| USAA Federal Savings Bank, San Antonio, TX | 30402719 | David Fisher | David Fisher |
| U.S. Bank, Bend, OR | 153652613776 | David Fisher | David Fisher |
| Wachovia Bank , Hollywood, FL | 2000025604308 | Internet Marketing | Peter Bragansa |
| Bank of America, Ft. Lauderdale, FL | 005487581493 | Internet Marketing | Peter Bragansa |
| Washington Mutual, Fontana, CA | 0673428506 | Richard Koch | Richard Koch |
| Community Bank, Rockwall, TX | 430068510 | Cybercom Ventures, Inc. | Jeffrey A. Light |
| State Bank & Trust, Carrollton, TX | 112004957 | Convergent Marketing | Philip J. Bidwell |
| Bank of America, Palm Springs, FL | 0036-7113-1541 | Naiser, LLC | Henriko Chung |
| Wells Fargo Bank, Dallas, TX | 6221360222 | Tracy Tyler | Tracy Tyler |
| American Bank of Texas, Horseshoe Bay, TX | 2323400 | Jim Tyler | Tracy Tyler |

| Institution | Account Number | Account Name | Controlled By |
|---|---|---|---|
| Wachovia Bank, Coral Gables, FL | 1010124748981 | Todd Wurtzel | Todd Wurtzel |
| Wachovia Bank, Coral Springs, FL | 2000006756851 | Net Exchange Inc. | Todd Wurtzel |
| Wachovia Bank, Seminole, FL | 2000026013503 | The Direct Meds | William Harrington |
| Wachovia Bank, Seminole, FL | 2000026013723 | Direct Meds, Inc. | William Harrington |
| Bank of America, Ft. Lauderdale, FL | 003768570772 | Saveon RX, Inc. | Claude Covino |
| Bank of America, Ft. Lauderdale, FL | 003762243953 | Best Diabetic Supply, Inc. | Claude Covino |
| Bank of America, Ft. Lauderdale, FL | 5486885543 | Cosmo Consulting, Inc. | Claude Covino |
| Valley Bank & Trust, Lyons, CO | 40102001 | St. Vrain Pharmacy | Dolores Lovin and Mary Aronson |
| Washington Mutual, Pembroke Pines, FL | 0678915805 | Hundred Monkeys, Inc. | Bessie Ricoarango |
| Wachovia Bank, Smyrna, GA | 1010145032414 | Chandresh Shah | Chandresh Shah |
| Edgartown National Bank, Oak Bluffs, MA | 6068431 | Gerald Morris | Gerald Morris |

(ii)    All interest in and control over the following domain names, wherever registered:

buyallprescriptions.com
us-meds.com
secureprescriptionsonline.com
ubuyrx.com
millennium-pharmacy.com
medlinedrugs.com
officialpillsrx.com
horizonmeds.com
valuetrustrx.com

1

*drugprescribe.com*

2

*rxdrugstore.us*

*life-meds.com*

3

*secure-pills-online.com*

4

*dietprescriptions.org*

*expressdrugstore.biz*

5

*easyprescribe.com*

6

*weldonpharmacy.com*

*pillscouts.com*

7

*pills-discount.info*

8

*medsshop.com*

9

*medsource-pharmacy.com*

*orderonlinepharmacy.com*

10

*netmedsdirect.com*

11

*medsdirect-md.com*

*ndapharmacy.com*

12

*giantrx.com*

13

*rxmedcorp.com*

*thepillstore.com*

14

*drugdepot.com*

15

*cheappillsonline.com*

16

*american-meds-direct.com*

*cheap-us-pharmacy.com*

17

*realpills.com*

18

*silverdrugs.com*

*rx-listings.com*

19

*mgdrugstore.com*

20

*mrhappypill.com*

21

       (iii)    All interest in and control over the computers, computer storage devices,

22

peripherals, and related electronic devices, and their contents, data, information, code used to

23

generate and process data and other files, in any format whether physical or electronic, including the

24

backups, printouts, and unpublished drafts, which comprise or were used in the operation of any

25

website associated with any of the foregoing domain names or through which customers purchased

26

drugs from the Affpower enterprise.

27

28

62.     If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

(i)     cannot be located upon the exercise of due diligence;

(ii)    has been transferred or sold to, or deposited with, a third party;

(iii)   has been placed beyond the jurisdiction of the Court;

(iv)    has been substantially diminished in value; or

(v)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

63.     The above-named defendants , and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

All in violation of Title 21, United States Code, Section 853.

## CRIMINAL FORFEITURE ALLEGATION NO. 3
(Money Laundering)

64.     The allegations contained in Count 237 are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.  Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 982 in the event of any defendant's conviction under Count 237 of this Indictment.

65.     As a result of the commission of the felony offense alleged in Count 237 of this Indictment, defendants MARK ANTHONY HEREDIA, WILLIAM POLK HARRINGTON, TODD WURTZEL, aka "Sonny Gallo," CLAUDE COVINO, DOLORES LOVIN, MARY ARONSON,

121

1  DAVID ELDON FISHER, RICHARD EDWARD KOCH, PHILIP JAMES BIDWELL, HENRIKO

2  CHUNG, JEFFREY A. LIGHT, TRACY ONEAL TYLER, PETER P. BRAGANSA, BESSIE K.

3  RICOARANGO, and NATHAN JACOBSON shall, upon conviction, forfeit to the United States all

4  their rights, title and interest in any and all property involved in such offense, and any property

5  traceable to such property, including but not limited to a sum of money equal to at least

6  $126,201,175.96, representing the amount of money involved in the conspiracy to commit money

7  laundering, as charged in Count 237 of this Indictment, and all property traceable thereto, an amount

8  which includes but is not limited to all funds in the following bank accounts:

9

| Institution | Account Number | Account Name | Controlled By |
|---|---|---|---|
| USAA Federal Savings Bank, San Antonio, TX | 30402719 | David Fisher | David Fisher |
| U.S. Bank, Bend, OR | 153652613776 | David Fisher | David Fisher |
| Wachovia Bank , Hollywood, FL | 2000025604308 | Internet Marketing | Peter Bragansa |
| Bank of America, Ft. Lauderdale, FL | 005487581493 | Internet Marketing | Peter Bragansa |
| Washington Mutual, Fontana, CA | 0673428506 | Richard Koch | Richard Koch |
| Community Bank, Rockwall, TX | 430068510 | Cybercom Ventures, Inc. | Jeffrey A. Light |
| State Bank & Trust, Carrollton, TX | 112004957 | Convergent Marketing | Philip J. Bidwell |
| Bank of America, Palm Springs, FL | 0036-7113-1541 | Naiser, LLC | Henriko Chung |
| Wells Fargo Bank, Dallas, TX | 6221360222 | Tracy Tyler | Tracy Tyler |
| American Bank of Texas, Horseshoe Bay, TX | 2323400 | Jim Tyler | Tracy Tyler |
| Wachovia Bank, Coral Gables, FL | 1010124748981 | Todd Wurtzel | Todd Wurtzel |

| Institution | Account Number | Account Name | Controlled By |
|---|---|---|---|
| Wachovia Bank, Coral Springs, FL | 2000006756851 | Net Exchange Inc. | Todd Wurtzel |
| Wachovia Bank, Seminole, FL | 2000026013503 | The Direct Meds | William Harrington |
| Wachovia Bank, Seminole, FL | 2000026013723 | Direct Meds, Inc. | William Harrington |
| Bank of America, Ft. Lauderdale, FL | 003768570772 | Saveon RX, Inc. | Claude Covino |
| Bank of America, Ft. Lauderdale, FL | 003762243953 | Best Diabetic Supply, Inc. | Claude Covino |
| Bank of America, Ft. Lauderdale, FL | 5486885543 | Cosmo Consulting, Inc. | Claude Covino |
| Valley Bank & Trust, Lyons, CO | 40102001 | St. Vrain Pharmacy | Dolores Lovin and Mary Aronson |
| Washington Mutual, Pembroke Pines, FL | 0678915805 | Hundred Monkeys, Inc. | Bessie Ricoarango |

66.     If any of the above-described forfeitable property, as a result of any act or omission of the defendants –

(i)     cannot be located upon the exercise of due diligence;

(ii)    has been transferred or sold to, or deposited with, a third party;

(iii)   has been placed beyond the jurisdiction of the Court;

(iv)    has been substantially diminished in value; or

(v)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

123

67.   The above-named defendants , and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

All in violation of Title 18, United States Code, Section 982.

DATED: July 27, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

CORBIN A. WEISS
Special Assistant U.S. Attorney
Senior Counsel,
   U.S. Department of Justice
   Criminal Division
   Computer Crime and Intellectual Property Section
   Washington, D.C.

124